DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER J. RIGALI
Assistant Special Counsels
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone: (771) 217-6091
    E-mail:   LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEXANDER SMIRNOV,<br><br>        Defendant. | No. 2:24-cr-00091-ODW<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF LEO J. WISE<br><br>**(UNDER SEAL)** |
|---|---|

    The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//
//
//

This *ex parte* application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Principal Senior Assistant Special Counsel Leo J. Wise.

Dated: February 13, 2024

Respectfully submitted,

DAVID WEISS
Special Counsel

*[signature]*

LEO J. WISE
Principal Senior Assistant Special Counsel

DEREK E. HINES
Senior Assistant Special Counsel

SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels

United States Department of Justice

**DECLARATION OF LEO J. WISE**

I, Leo J. Wise, declare as follows:

1. I am the Principal Senior Assistant Special Counsel and work for the United States Department of Justice. I represent the government in the prosecution of United States v. Alexander Smirnov, No. Enter Case No., the indictment in which is being presented to a federal grand jury in the Central District of California on February 14, 2024.

2. Defendant Alexander Smirnov has not been taken into custody on the charge(s) contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on February 14, 2024. The likelihood of apprehending defendant Alexander Smirnov might be jeopardized if the indictment in this case were made publicly available before Smirnov is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and related documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 13, 2024.

_____
LEO J. WISE