# Exhibit 2

DECLASSIFIED BY: NSICG F14M26K92
ON 02-14-2024
This redacted version only.

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▮ * Page 1 of 4

**OFFICIAL RECORD**

CHS Number: ▮
Date: 11/08/2023
CHS Status: Open
Created By: ▮
CHS Last Opened Date: 09/30/2010
Case Agent: ▮

Field Office: Seattle

Squad: ▮

## Filing and Security

**Overall Document Classification**

**Classification Block**

▮

## Contact Report Details

**CHS Contact Report Synopsis**
Supplemental reporting re: [Russian Intelligence Service Operative] ▮ and top Russian representative to [Country B], [Russian Official 1]

**Date of Contact**
11/8/2023

**Participant**
- ▮

**Contact Type**
Messaging Platform

**Derogatory Information**
Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?
No

**FD-209a CHS Contact Report**

Federal Bureau of Investigation (FBI) * Source ▉▉▉ * Page 2 of 4



### Life Changes
Has the CHS experienced any of the following significant life changes?

- No.  Child custody dispute
- No.  Death or serious illness of close family member or friend
- No.  Divorce or Separations
- No.  Major life change, such as relocation, job loss, or significant loss of income
- No.  Serious Illness of CHS
- No.  Serious legal issues
- No.  Other
- Yes.  None of the above

### Appearance Changed
Has the CHS's appearance changed to indicate any of the following?

- No.  Evidence of change in mental state
- No.  Evidence of radicalization
- No.  Evidence of significant increase in unexplained income
- Yes.  None of the above

### Behavior Issues
Did the CHS exhibit any of the following?

- No.  Egotism
- No.  Excessive gambling
- No.  Financial issues
- No.  Impulsiveness
- No.  Misuse of alcohol
- No.  Misuse of prescription medication or illicit drug use
- No.  Risky sexual behavior
- Yes.  None of the above

### Disobeyed Instructions
Has the CHS done any of the following?

- No.  Disclosed their FBI affiliation to a foreign entity without Handling Agent authorization
- No.  Disclosed their FBI affiliation to a subject without Handling Agent authorization
- No.  Disclosed their FBI affiliation to the media
- No.  Failed to follow taskings or instructions
- No.  Taken operational action without the Handling Agent's consent
- No.  Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes.  None of the above

### Inadequate Reporting
Was the CHS's information any of the following?

- No.  Contradicted by other intelligence reporting
- No.  Derived from open sources
- No.  Indicative of deliberate deception, fraudulence, or fabrication
- Yes.  None of the above

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▓▓▓▓ * Page 3 of 4



### Investigative Techniques
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

   N/A

### Access to Information
What was the CHS's access to the specific information being reported?

   Direct

### Database Access
Was the CHS tasked to obtain information from an employer database during this contact?

   No

### Other Pertinent Information
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

   N/A

FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▮▮▮ * Page 4 of 4



DECLASSIFIED BY: NSICG F14M26K92
ON 02-14-2024
This redacted version only.

# FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * ▮▮▮▮ * Page 1 of 4

CHS Number: ▮▮▮▮
Date: 12/04/2023
CHS Status: Open
Created By: ▮▮▮▮
CHS Last Opened Date: 09/30/2010
Case Agent: ▮▮▮▮

Field Office: Seattle

Squad: C3

## Filing and Security

**Overall Document Classification**

**Classification Block**

## Contact Report Details

**CHS Contact Report Synopsis**
Partial identification of Russian national Russian Official 3, an alleged representative of Russian Official 4, former head of ▮▮▮▮ a particular Russian FnI Service .

**Date of Contact**
11/27/2023

**Participant**

**Contact Type**
In Person

**Derogatory Information**
Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?
No

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source [REDACTED] * Page 2 of 4



### Life Changes
Has the CHS experienced any of the following significant life changes?

- No. Child custody dispute
- No. Death or serious illness of close family member or friend
- No. Divorce or Separations
- No. Major life change, such as relocation, job loss, or significant loss of income
- No. Serious Illness of CHS
- No. Serious legal issues
- No. Other
- Yes. None of the above

### Appearance Changed
Has the CHS's appearance changed to indicate any of the following?

- No. Evidence of change in mental state
- No. Evidence of radicalization
- No. Evidence of significant increase in unexplained income
- Yes. None of the above

### Behavior Issues
Did the CHS exhibit any of the following?

- No. Egotism
- No. Excessive gambling
- No. Financial issues
- No. Impulsiveness
- No. Misuse of alcohol
- No. Misuse of prescription medication or illicit drug use
- No. Risky sexual behavior
- Yes. None of the above

### Disobeyed Instructions
Has the CHS done any of the following?

- No. Disclosed their FBI affiliation to a foreign entity without Handling Agent authorization
- No. Disclosed their FBI affiliation to a subject without Handling Agent authorization
- No. Disclosed their FBI affiliation to the media
- No. Failed to follow taskings or instructions
- No. Taken operational action without the Handling Agent's consent
- No. Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes. None of the above

### Inadequate Reporting
Was the CHS's information any of the following?

- No. Contradicted by other intelligence reporting
- No. Derived from open sources
- No. Indicative of deliberate deception, fraudulence, or fabrication
- Yes. None of the above

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▮▮▮ * Page 3 of 4



### Investigative Techniques
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

N/A

### Access to Information
What was the CHS's access to the specific information being reported?
Direct and Indirect

### Database Access
Was the CHS tasked to obtain information from an employer database during this contact?

No

### Other Pertinent Information
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

N/A

FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▮▮▮▮ * Page 4 of 4



DECLASSIFIED BY: NSICG F14M26K92
ON 02-14-202 Case 2:24-cr-00091-ODW   Document 11-1   Filed 02/21/24   Page 10 of 17   Page ID #:90
This redacted version only.

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▓▓▓ * Page 1 of 4

OFFICIAL RECORD

CHS Number: ▓▓▓
Date: 12/06/2023
CHS Status: Open
Created By: ▓▓▓
CHS Last Opened Date: 09/30/2010
Case Agent: ▓▓▓

Field Office: Seattle

Squad: C3

### Filing and Security

**Overall Document Classification**

**Classification Block**
▓▓▓

### Contact Report Details

**CHS Contact Report Synopsis**
Russian Official 1's ▓▓▓ knowledge of certain Russian military operations in Country C.

**Date of Contact**
11/27/2023

**Participant**
▓▓▓

**Contact Type**
In Person

▓▓▓

**Derogatory Information**
Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?
No

FD-209a CHS Contact Report 

Federal Bureau of Investigation (FBI) * Source ▇▇▇▇ * Page 2 of 4

### Life Changes
Has the CHS experienced any of the following significant life changes?

- No. Child custody dispute
- No. Death or serious illness of close family member or friend
- No. Divorce or Separations
- No. Major life change, such as relocation, job loss, or significant loss of income
- No. Serious Illness of CHS
- No. Serious legal issues
- No. Other
- Yes. None of the above

### Appearance Changed
Has the CHS's appearance changed to indicate any of the following?

- No. Evidence of change in mental state
- No. Evidence of radicalization
- No. Evidence of significant increase in unexplained income
- Yes. None of the above

### Behavior Issues
Did the CHS exhibit any of the following?

- No. Egotism
- No. Excessive gambling
- No. Financial issues
- No. Impulsiveness
- No. Misuse of alcohol
- No. Misuse of prescription medication or illicit drug use
- No. Risky sexual behavior
- Yes. None of the above

### Disobeyed Instructions
Has the CHS done any of the following?

- No. Disclosed their FBI affiliation to a foreign entity without Handling Agent authorization
- No. Disclosed their FBI affiliation to a subject without Handling Agent authorization
- No. Disclosed their FBI affiliation to the media
- No. Failed to follow taskings or instructions
- No. Taken operational action without the Handling Agent's consent
- No. Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes. None of the above

### Inadequate Reporting
Was the CHS's information any of the following?

- No. Contradicted by other intelligence reporting
- No. Derived from open sources
- No. Indicative of deliberate deception, fraudulence, or fabrication
- Yes. None of the above

FD-209a CHS Contact Report 

Federal Bureau of Investigation (FBI) * Source ▓▓▓▓ * Page 3 of 4

**Investigative Techniques**
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

   N/A

**Access to Information**
What was the CHS's access to the specific information being reported?
   Direct

**Database Access**
Was the CHS tasked to obtain information from an employer database during this contact?

   No

**Other Pertinent Information**
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

   N/A

FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ███ * Page 4 of 4



DECLASSIFIED BY: NSICG F14M26K92
ON 02-14-2026
This redacted version only.

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▓▓▓ * Page 1 of 4

CHS Number: ▓▓▓
Date: 12/20/2023
CHS Status: Open
Created By: ▓▓▓
CHS Last Opened Date: 09/30/2010
Case Agent: ▓▓▓

Field Office: Seattle

Squad: C3

### Filing and Security

**Overall Document Classification**

**Classification Block**

### Contact Report Details

**CHS Contact Report Synopsis**

Meetings ▓▓▓ and December 2023 in Country A, between top Country C officials and Russian Official 2 ▓▓▓ and Russian Official 1 ▓▓▓

**Date of Contact**
12/11/2023

**Participant**
- ▓▓▓

**Contact Type**
Messaging Platform

**Derogatory Information**
Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?
No

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) • Source ▓▓▓ • Page 2 of 4



### Life Changes
Has the CHS experienced any of the following significant life changes?

- No.  Child custody dispute
- No.  Death or serious illness of close family member or friend
- No.  Divorce or Separations
- No.  Major life change, such as relocation, job loss, or significant loss of income
- No.  Serious Illness of CHS
- No.  Serious legal issues
- No.  Other
- Yes.  None of the above

### Appearance Changed
Has the CHS's appearance changed to indicate any of the following?

- No.  Evidence of change in mental state
- No.  Evidence of radicalization
- No.  Evidence of significant increase in unexplained income
- Yes.  None of the above

### Behavior Issues
Did the CHS exhibit any of the following?

- No.  Egotism
- No.  Excessive gambling
- No.  Financial issues
- No.  Impulsiveness
- No.  Misuse of alcohol
- No.  Misuse of prescription medication or illicit drug use
- No.  Risky sexual behavior
- Yes.  None of the above

### Disobeyed Instructions
Has the CHS done any of the following?

- No.  Disclosed their FBI association to a foreign entity without Handling Agent authorization
- No.  Disclosed their FBI association to a subject without Handling Agent authorization
- No.  Disclosed their FBI association to the media
- No.  Failed to follow taskings or instructions
- No.  Taken operational action without the Handling Agent's consent
- No.  Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes.  None of the above

### Inadequate Reporting
Was the CHS's information any of the following?

- No.  Contradicted by other intelligence reporting
- No.  Derived from open sources
- No.  Indicative of deliberate deception, fraudulence, or fabrication
- Yes.  None of the above

Case 2:24-cr-00091-ODW   Document 11-1   Filed 02/21/24   Page 16 of 17   Page ID #:96

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▮▮▮▮ * Page 3 of 4



### Investigative Techniques
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

   N/A

### Access to Information
What was the CHS's access to the specific information being reported?
   Direct

### Database Access
Was the CHS tasked to obtain information from an employer database during this contact?

   No

### Other Pertinent Information
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

   N/A

FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▮▮▮▮ * Page 4 of 4

