# Exhibit 9

# Israel's Diplomatic Missions

Search by selecting one or more of the following options

| Continent |
| --- |

| United States of America |
| --- |

| Embassy |
| --- |

## **10** Results

| Country and Region:  United States of America | X |
| --- | --- |

---

**Country and Region:**
United States of America

**Embassy:**
Washington

**Status:**
Embassy

**Address:**
EMBASSY 3514 INTERNATIONAL DR. N.W.
WASHINGTON D.C. 20008

**Tel:**
00-1-202-3645500

**Fax:**
00-1-202-3645607

**Reception hours:**
Mon - Fri 09:30 12:30

**Contact us:**
info@washington.mfa.gov.il

**Mission website:**
https://www.embassies.gov.il/washington/

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
New York

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL OF ISRAEL 800
SECOND AVENUE NEW YORK, N.Y. 10017

**Tel:**
00-1-212-4995000

**Fax:**
00-1-212-4995355

**Reception hours:**
Mon - Fri 09:30 12:30

**Contact us:**
info@newyork.mfa.gov.il

**Mission website:**
https://embassies.gov.il/new-york/Pages/defaul

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
Atlanta

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL 1100 SPRING ST.NW
SUITE 440 ATLANTA, GEORGIA 30309 U.S.A

**Tel:**
00-1-404-4876500

**Fax:**
00-1-404-4876555

**Reception hours:**
Mon - Fri 09:00 13:00

**Contact us:**
info@atlanta.mfa.gov.il

**Mission website:**
https://atlanta.mfa.gov.il

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
Boston

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL 20 PARK PLAZA,
SUITE 1020 BOSTON, MA 02116

**Tel:**
00-1-617-5350200

**Fax:**
00-1-617-5350255

**Reception hours:**

**Contact us:**

**Mission website:**

Mon - Fri 10:00 13:00        info@boston.mfa.gov.il        https://boston.mfa.gov.il

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
Chicago

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL 500 W. MADISON ST.
CITIGROUP CENTER, SUITE 3100 CHICAGO,
IL 60661 U.S.A

**Tel:**
00-1-312-3808800

**Fax:**
00-1-312-3808855

**Reception hours:**
Mon - Thu 09:30 12:30 Fri 09:30 12:00

**Contact us:**
info@chicago.mfa.gov.il

**Mission website:**
https://chicago.mfa.gov.il

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
Houston

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL 24 GREENWAY
PLAZA, SUITE 1500 HOUSTON, TEXAS
77046 HOUSTON

**Tel:**
00-1-832-3013500

**Fax:**
00-1-832-2018700

**Reception hours:**
Mon - Fri 09:30 12:30

**Contact us:**
consular.dep@houston.mfa.gov.il

**Mission website:**
https://embassies.gov.il/houston

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
Los Angeles

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL 11766 WILSHIRE
BLVD. SUITE 1600 LOS
ANGELES,CALIFORNIA 90025 USA

**Tel:**
00-1-323-8525500

**Fax:**
00-1-323-8525555

**Reception hours:**
Mon - Fri 09:00 12:00

**Contact us:**
info@losangeles.mfa.gov.il

**Mission website:**
https://embassies.gov.il/la

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
Miami

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL 100 N. BISCAYNE
BLVD SUITE 1800, MIAMI, FLORIDA 33132

**Tel:**
00-1-305-9259400

**Fax:**
00-1-305-9259451

**Reception hours:**
Mon - Fri 09:30 12:30

**Contact us:**
consular.dep@miami.mfa.gov.il

**Mission website:**
https://miami.mfa.gov.il

**Visa to Israel:**
No

---

**Country and Region:**
United States of America

**Embassy:**
San Francisco

**Status:**
Consulate General

**Address:**
CONSULATE GENERAL 456 MONTGOMERY
ST. SUITE 2100 SAN FRANCISCO CA. 94104
U.S.A

**Tel:**
00-1-415-8447500

**Fax:**
00-1-415-8447555

**Reception hours:**

**Contact us:**

**Mission website:**

Mon – Fri 10:00 13:00

info@sanfrancisco.mfa.gov.il        https://www.israeliconsulate.org

**Visa to Israel:**
No

---

| | | |
|---|---|---|
| **Country and Region:**<br>United States of America | **Embassy:**<br>New York/U.N | **Status:**<br>Delegation |
| **Address:**<br>PERMANENT MISSION TO THE UNITED NATIONS 800 SECOND AVENUE NEW YORK U.N 10017 | **Tel:**<br>00-1-212-4995321 | **Fax:**<br>00-1-212-4995516 00-1-212-4995515 |
| **Reception hours:**<br>No info | **Contact us:**<br>info@newyork.mfa.gov.il | **Mission website:**<br>https://embassies.gov.il/un |
| **Visa to Israel:**<br>No | | |

---

This page was last updated on 19.05.2021

**Useful information**

All services

Contact the government

RSS

Terms of use

**Support**

Call Us 1299

Central Government Call Center

Technical support for online services

Contact information security

**More information**

About

Accessibility

Site map

Freedom of Information (Heb)

Use of cookies

