DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
     950 Pennsylvania Avenue NW, Room B-200
     Washington, D.C. 20530
     Telephone: (771) 217-6091
     E-mail:   LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00091-ODW |
|---|---|
|     Plaintiff, | [PROPOSED] ORDER SEALING CERTAIN EXHIBITS TO GOVERNMENT'S APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER |
|        v. | |
| ALEXANDER SMIRNOV, | **(UNDER SEAL)** |
|     Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Local Criminal Rule 49-1.2(b)(3), exhibits 1, 3, 4, 5, 6, 7, 10 and 11 to the Government's Application for Review of Magistrate Judge's Bail Order, the government's sealing application, and this order shall be kept under seal.

_____
DATE

_____
The Honorable Otis D. Wright, II
UNITED STATES DISTRICT COURT JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                       The Honorable Otis D. Wright, II
                                           UNITED STATES DISTRICT COURT JUDGE