UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEXANDER SMIRNOV,<br><br>　　　　Defendant. | No. 2:24-cr-00091-ODW<br><br>ORDER SEALING CERTAIN EXHIBITS TO GOVERNMENT'S APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER<br><br>(~~UNDER SEAL~~) |
|---|---|

　　For good cause shown, IT IS HEREBY ORDERED THAT: Pursuant to Local Criminal Rule 49-1.2(b)(3), exhibits 1, 3, 4, 5, 6, 7, 10 and 11 shall be kept under seal.

February 21, 2024
DATE

The Honorable Otis D. Wright, II
UNITED STATES DISTRICT COURT JUDGE

1