# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA <br><br> Plaintiff(s), <br><br> v. <br><br> ALEXANDER SMIRNOV <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:24−cr−00091−ODW <br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  2/22/2024     25       Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice  
Date Filed    Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Local Rule 83−2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted.

Local Rule 83−2.1.3.3(b) Proposed order not attached.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 23, 2024     By:  /s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*  
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112C(10/23)     Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application