David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 S. Fourth Street
Las Vegas, NV 89101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-CR-00091 |
| v. | |
| ALEXANDER SMIRNOV | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Chesnoff, David
*Applicant's Name (Last Name, First Name & Middle Initial)*

702-384-5563     702-598-1425
*Telephone Number*     *Fax Number*

dzchesnoff@cslawoffice.net
*E-Mail Address*

of Chesnoff & Schonfeld
520 S. Fourth St
Las Vegas, NV 89101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Alexander Smirnov

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Khoury, Naser I
*Designee's Name (Last Name, First Name & Middle Initial)*

152907     818-654-0001
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

naseratlaw@gmail.com
*E-Mail Address*

of Law Offices of Naser L. Khoury
14427 Sylvan Street
Van Nuys, CA 91401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge