# EXHIBIT 2

February 23, 2024

Honorable Judge Otis D. Wright, II
First Street Courthouse
350 W. 1st Street, Los Angeles, CA. 90012
Courtroom 5D, 5th Floor

Re:   *Alexander Smirnov*
      *Case No. 2:24-CR-00091-ODW*

Dear Honorable Judge Otis D. Wright, II,

    I am 38 years old and live in Florida. I have worked there as a licensed real estate agent for the past three years or so.

    I have known Alex, my cousin, my whole life. Like him, I am a dual citizen of the United States and Israel.

    I attended the hearing in Las Vegas on February 20, 2024. I bought myself a ticket at my own expense and flew in from Florida to attend because I was concerned for my cousin.

    Alex's first language is Russian because, when we lived in Ukraine, it was part of the USSR and Russian was the spoken language. Alex also speaks Hebrew fluently, as we both grew up in Israel. Alex speaks English, but it is not his first language. Therefore, I believe when answering questions, he is being careful and makes sure to reply exactly to the question being served to avoid misunderstandings due to the language barrier. I know Alex to be honest, direct, and trustworthy.

    In all my life, I have never known Alex to have any problems with drinking or drugs, or with the law. He is a law-abiding American citizen who pays his taxes.

    Having known him for 38 years, I believe Alex will obey the conditions imposed on him by the Court. I believe he would never flee to another country or state. He is not a flight risk and is not a danger to the population.

As an immigrant and United States citizen, I am concerned that the prosecutor said Alex has no ties to the United States. Alex has spent almost half his life here, more than he lived in any other country. He also has a long-time significant other living here (Diana), and family, friends, and business partners in the United States that he would never jeopardize.

I know that Alex is a sick man who has a severe case of glaucoma and barely sees out of both of his eyes. He needs medication, sterile conditions, and physician care.

Sincerely,

*Linor Shefer*

LINOR SHEFER