UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-cr-00091-ODW                                   Date: 02/26/2024

Present: The Honorable: Otis D. Wright, U.S. District Judge

Interpreter N/A                                              Language N/A

| Sheila English | CS 02/26/2024 | Sean F Mulryne |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present   In Custody          Attorneys for Defendants:   ✔ Present   Retained

Alexander Smirnov                                            David Z Chesnoff

Proceedings: Arraignment of Defendant and/or       ✔ Assignment of Case        Appointment of Counsel
                                                     Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant is given copy of charging document.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Otis D. Wright.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 4/23/2024 9:00 AM
* Judge Wright is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED        PSASA              Initial Appearance/Appointment of Counsel: 00 : 00
   ✔ USMLA         USMED        USMSA                                       Arraignment: 00 : 03
     Statistics Clerk            Interpreter
     CJA Supervising Attorney    Fiscal                     Initials of Deputy Clerk: SE by TRB