# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☒ LA ☐ RS ☐ SA | DATE FILED: 2/14/2024 |
| | CASE NUMBER: | 2:24-cr-00091-ODW ☐ Under Seal |
| v. | INIT. APP. DATE: 2/26/2024 | TIME: 9:00 AM |
| Alexander Smirnov | CHARGING DOC: Indictment | |
| | DEFENDANT STATUS: In Custody | |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT | |
| | VIOLATION: 18:1001.F; 18:1519.F | |
| | COURTSMART/REPORTER: CS 02/26/2024 | |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Otis D. Wright

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Sheila English (Deputy Clerk)    Sean F Mulryne (Assistant U.S. Attorney)    N A (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☒ Defendant states true name ☒ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☒ Attorney: David Z Chesnoff    ☒ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
- Ordered (see separate order) ☐ Special appearance by: _____
- ☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at _____ in Los Angeles
- ☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - ☐ Warrant of removal and final commitment are ordered stayed until _____.
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
- ☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
- Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).
- ☒ Other: PIA held see separate order

**RECEIVED:** ☒ PSA ☐ PROBATION ☐ FINANCIAL ☒ CR-10    ☒ READY    Deputy Clerk Initials: SE

36