MARK A. BYRNE (Ca Bar No. 116657)
BYRNE & NIXON LLP
1108 Sartori Ave., Unit 320, Torrance, CA 90501
Tel: (213)620-8003
markbyrne@byrnenixon.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | No. 2:24-cr-00091-ODW |
| v. Alexander Smirnov | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Mark A. Byrne of BYRNE & NIXON LLP as local counsel _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

March 4, 2024
*Date*

_____
*Defendant's Signature*

Santa Ana, California
*City and State*

### APPEARANCE OF COUNSEL

I, Mark A. Byrne of BYRNE & NIXON LLP as local counsel _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

March 4, 2024
*Date*

_____
*Attorney's Signature*

116657
*California State Bar Number*

1108 Sartori Avenue, Unit 320
*Street Address*

Torrance, California 90501
*City, State, Zip Code*

213-620-8003             213-620-8012
*Telephone Number*        *Fax Number*

markbyrne@byrnenixon.com
*E-mail Address*

CR-14 (01/07)            DESIGNATION AND APPEARANCE OF COUNSEL