UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 2:24-CR-00091-ODW |
| v. | ) | |
| ALEXANDER SMIRNOV, | ) | |
| Defendant, | ) | [PROPOSED] ORDER |

Upon reviewing Defendant's Emergency *Ex Parte* Motion for Medical Furlough for the Next 30 Days pursuant to 18 U.S.C. § 3142(i), and with good cause appearing, said Motion is GRANTED.

///

1

1  THE COURT HEREBY ORDERS that Defendant shall be released from custody and permitted to travel to San Francisco, California, for eye surgery on March 27, 2024, with H. George Tanaka, MD, and to attend all medically required post-operative care through April 26, 2024.

IT IS SO ORDERED.

Dated:

_____
Honorable Otis D. Wright II
United States District Judge