# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 24-00091-ODW | Date March 11, 2024 |

Present: The Honorable OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Alexander Smirnov | NOT | X | | Mark A. Byrne / David Z Chesnoff | NOT | | X |

**Proceedings:**     **MINUTES (IN CHAMBERS)**

The Court orders the clerk's office to unseal docket nos. 15 and 16 immediately.

: 00

Initials of Deputy Clerk    se