# Exhibit 1



MAYOR
   Valerie Amezcua
MAYOR PRO TEM
   Thai Viet Phan
COUNCILMEMBERS
   Phil Bacerra
   Johnathan Ryan Hernandez
   Jessie Lopez
   David Penaloza
   Benjamin Vazquez

INTERIM CITY MANAGER
Tom Hatch
CITY ATTORNEY
Sonia R. Carvalho
CITY CLERK
Jennifer L. Hall

# CITY OF SANTA ANA
## POLICE DEPARTMENT
60 Civic Center Plaza ● P.O. Box 1981
Santa Ana, California 92702
www.santa-ana.org/PD

March 11, 2024

Derek E. Hines
Senior Assistant Special Counsel
U.S. Department of Justice
CC: Kith Richard

I have been requested to provide a detailed overview of the medical process for inmates at the Santa Ana Jail, with a specific focus on inmate Smirnov.

Santa Ana Jail medical procedure:
All new intakes undergo a medical screening upon arrival. As part of the classification process, inmates receive a Santa Ana Jail inmate handbook that includes instructions on how to request medical services while in custody. The inmate acknowledges receipt of the handbook by signing a form during the classification process. Once housed, inmates have access to medical request forms and can submit them as necessary. When an inmate submits a medical request, it will be reviewed by our medical team.

The process includes the following steps:

- The medical team will assess the inmate's condition and address any immediate concerns.
- If the necessary treatment can be provided within our facility, it will be administered accordingly.
- In the event that the inmate requires specialized treatment, a USM PMR form will be filled out and submitted to the US Marshals office for approval.
- If the request is approved, our medical department will schedule an appointment with the specialist. Transportation arrangements will also be made through the US Marshals office.

SANTA ANA CITY COUNCIL

| Valerie Amezcua | Jessie Lopez | Thai Viet Phan | Benjamin Vazquez | Phil Bacerra | Johnathan Ryan Hernandez | David Penaloza |
|---|---|---|---|---|---|---|
| Mayor | Mayor Pro Tem, Ward 3 | Ward 1 | Ward 2 | Ward 4 | Ward 5 | Ward 6 |
| vamezcua@santa-ana.org | jessielopez@santa-ana.org | tphan@santa-ana.org | bvazquez@santa-ana.org | pbacerra@santa-ana.org | jryanhernandez@santa-ana.org | dpenaloza@santa-ana.org |

Inmate Smirnov was booked into the Santa Ana Jail on 02/28/2024. Since his arrival, Mr. Smirnov has submitted six medical request forms and has been evaluated by Wellpath medical staff. See attached document.  His complete medical records will be forwarded in a separate email once received from Wellpath.

Should you have any questions regarding this response, kindly contact Jaime Manriquez at 714-245-8123 or email jmanriquez@santa-ana.org.

Sincerely,

Robert Rodriguez
Acting-Chief of Police

Jaime Manriquez
Jail Administrator
Santa Ana Police Department

SANTA ANA CITY COUNCIL

| Valerie Amezcua | Jessie Lopez | Thai Viet Phan | Benjamin Vazquez | Phil Bacerra | Johnathan Ryan Hernandez | David Penalo |
|---|---|---|---|---|---|---|
| Mayor | Mayor Pro Tem, Ward 3 | Ward 1 | Ward 2 | Ward 4 | Ward 5 | Ward 6 |
| vamezcua@santa-ana.org | jessielopez@santa-ana.org | tphan@santa-ana.org | bvazquez@santa-ana.org | pbacerra@santa-ana.org | jryanhernandez@santa-ana.org | dpenaloza@santa- |