# United States District Court
# For The Central District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 2:24-CR-00091-ODW |
| Plaintiff, | |
| v. | **ORDER DENYING EMERGENCY REQUEST FOR 30 DAY MEDICAL FURLOUGH[52]** |
| **ALEXANDER SMIRNOV** | |
| Defendant. | |

 For the second time, Defendant has sought emergency relief to be released from custody, this time to obtain glaucoma surgery and subsequent appointments for all necessary post-operative care. In the alternative, he requests to be transported by the United States Marshal's Service to San Francisco for the procedure as well as for all necessary post-op care and treatment.

 Both Defense counsel and counsel for the government have made necessary contact with all those who would be charged with the responsibility of effectuating either option.

 As might be expected, securing necessary medical care for those persons in the physical or constructive custody of the U.S. Marshal's Service is not novel. There are procedures in place to assure the medical

needs of inmates are met. The first step in the established protocol, of which defendant has been advised, is a request made to the detaining facility, in this case the Santa Ana City Jail. The Court has also been provided with correspondence from the Santa Ana Police Department detailing the process an inmate follows in requesting medical attention. (See Exhibit A to the govt's Opposition to Defendant's ex parte application for emergency relief.) Defendant has apparently initiated that process and his request has been evaluated. Assuming the necessary procedure cannot be performed at his current facility, upon approval by the USMS, he will be transported to an appropriate medical facility under contract with the USMS, for the necessary medical procedure.

The Court finds the established protocol is reasonable, considering the limited resources of the USMS and the fact that he is presently housed in a large metropolitan area equipped with first-rate medical resources necessary to address defendant's needs while not compromising the security interests of the government. For these reasons, Defendant's request is **DENIED**.

DATED: March 13, 2024

_____
OTIS D. WRIGHT, II DISTRICT JUDGE