UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:24-CR-00091-ODW |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER SMIRNOV, ) | |
| ) | |
| Defendant, ) | [PROPOSED] ORDER |
| ) | |

Upon reviewing Defendant's Emergency *Ex Parte* Motion for

Reconsideration regarding request for Medical Furlough for the Next 30 Days

pursuant to 18 U.S.C. § 3142(i), and with good cause appearing, said Motion is

GRANTED.

///

1

THE COURT HEREBY ORDERS that Defendant shall be released from custody and permitted to travel to San Francisco, California, for eye surgery on March 27, 2024, with H. George Tanaka, MD, and to attend all medically required post-operative care through April 29, 2024.

IT IS SO ORDERED.

Dated:

_____

Honorable Otis D. Wright II
United States District Judge