DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDER SMIRNOV, )<br>)<br>Defendant, )<br>_____) | CASE NO. 2:24-CR-00091-ODW |

**DEFENDANT'S SUPPLEMENTAL EXHIBITS TO EMERGENCY *EX PARTE* MOTION FOR RECONSIDERATION REGARDING MEDICAL FURLOUGH FOR THE NEXT THIRTY DAYS PURSUANT TO 18 U.S.C. § 3142(i) OR IN THE ALTERNATIVE FOR AN ORDER REQUIRING THE UNITED STATES MARSHAL SERVICE TO TRANSPORT DEFENDANT FOR SURGERY AND POST-OPERATIVE CARE WITH DR. TANAKA IN SAN FRANCISCO, CALIFORNIA**

COMES NOW, Defendant, ALEXANDER SMIRNOV ("Mr. Smirnov"), by and through his attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., of the law firm of CHESNOFF & SCHONFELD and hereby Submits these Supplemental Exhibits to his Emergency *Ex Parte* Motion for Reconsideration regarding Medical Furlough for the Next 30 Days pursuant to the authority of 18 U.S.C. § 3142(i).

Attached hereto as Exhibit 1 is a Declaration from Naser J. Khoury, Esq. (which includes grievance forms submitted by Mr. Smirnov to the Santa Ana Jail – Exhibits A-B).

Dated this 25th day of March, 2024.

> Respectfully Submitted:
>
> CHESNOFF & SCHONFELD
>
> /s/ David Z. Chesnoff
> DAVID Z. CHESNOFF, ESQ.
> *Pro Hac Vice*
> RICHARD A. SCHONFELD, ESQ.
> California Bar No. 202182
> 520 South Fourth Street
> Las Vegas, Nevada 89101
> Telephone: (702)384-5563
> rschonfeld@cslawoffice.net
> dzchesnoff@cslawoffice.net
> Attorneys for Defendant
> ALEXANDER SMIRNOV

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Camie Linnell____
Employee of Chesnoff & Schonfeld

EXHIBIT 1

Declaration of Naser J. Khoury

## DECLARATION OF NASER J. KHOURY

I, Naser J. Khoury, do hereby declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am co-counsel of record for Defendant Alexander Smirnov in this Case.

2. I went to the Santa Ana City Jail this morning on March 25, 2024 and visited Mr. Smirnov. Mr. Smirnov's eyes were bloodshot, and he did not look well. He reported that he has been experiencing fogginess for the past 3 days when he wakes up in the morning and that his eyesight is deteriorating. He also reported worsening eye pain and cloudiness in his vision.

3. Attached hereto as Exhibit A is true and correct copy of a redacted grievance form from March 3, 2024 that Mr. Smirnov submitted to the jail facility.

4. Attached hereto as Exhibit B is true and correct copy of a redacted grievance form from March 20, 2024 that Mr. Smirnov submitted to the jail facility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of March, 2024.

NASER J. KHOURY, ESQ.

1

# EXHIBIT A

Ttrue and correct copy of a redacted grievance form from March 3, 2024 that Mr. Smirnov submitted to the jail facility.

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

**DATE/TIME GRIEVANCE RECEIVED:** 2254  3-3-24  **REVIEWING OFFICER NAME/BADGE#:** ▮

**INMATES NAME:** Alexander Smirnov  **DATE/TIME:** 03/03/24 21:5
**BOOKING #:** ▮  **P #:** ▮  **HOUSING LOCATION:** ▮

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____
- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

**GRIEVANCE** (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER) – attaching separate sheet

I have a complicated case of glaucoma. Doctor on 02/29/24 took me of my main medication and didn't gave me any others. He switched one drops to some other drops but my main one he didn't give me since I have eyes pain growing every day and I am complaining asking to see specialist.

**INMATES SIGNATURE:** [signature]   **DATE/TIME:** 03/03/24 21:30

**MODULE OFFICERS RESPONSE AND OR ACTION**

Inmate complaining of medical treatment. [illegible] the jail goes to [illegible] pressure

**MODULE OFC NAME/BADGE:** ▮ /# ▮  **DATE/TIME:** 3-B-24/2258
**INMATES ACKNOWLEDGING SIGNATURE:** _____  **DATE/TIME:** _____

**SHIFT SUPERVISORS RESPONSE AND/OR ACTION**

Your grievance will be forwarded for medical [illegible]

**SHIFT SUPERVISORS SIGNATURE:** ▮ /# ▮  **DATE/TIME:** 3-3-24/2340
**INMATES ACKNOWLEDGING SIGNATURE:** [signature]  **DATE/TIME:** _____

**GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION**

HSA spoke [to] CN - seen by MD + RN Chuze x3. [illegible] of 2 eye meds addressed - x1 in MAR [illegible] the other med eye need [illegible] by MD [illegible] to be [illegible]

**GHO SIGNATURE:** [signature] /# _____  **DATE/TIME:** _____
**INMATES ACKNOWLEDGING SIGNATURE:** X [signature] glaucoma  **DATE/TIME:** _____

**GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE**

please

**GRIEVANCE AND HEARING SUPERVISOR SIGNATURE:** _____ /# _____  **DATE/TIME:** _____

**INMATES ACKNOWLEDGING SIGNATURE:** _____  **DATE/TIME:** _____

ORIGINAL: GRIEVANCE OFFICER          YELLOW: INMATES 2ND COPY          PINK: INMATES 1ST COPY

# EXHIBIT B

True and correct copy of a redacted grievance form from March 20, 2024 that Mr. Smirnov submitted to the jail facility

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: 3/20/24 / 12:25   REVIEWING OFFICER NAME/BADGE#: ▮

INMATES NAME: Smirnov Alexander   DATE/TIME: 03/20/2024 12:30
BOOKING #: ▮   P #: ___   HOUSING LOCATION: ___

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) ___
- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

GRIEVANCE (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)   paper attached

3 weeks ago I asked to see Glaucoma specialist, still waiting. I am continue to have eyes pain and was 10 days out of my main drops, yesterday didn't got one of them again cause it didn't arrived, strange it can't be order ahead of time. I do have very strong pain, need to see specialist, my optical nerve in very bad condition, need a doctor A.S.A.P waiting leads to blindness. please

INMATES SIGNATURE: ___   DATE/TIME: 03/20/24 12:30

**MODULE OFFICERS RESPONSE AND OR ACTION**

Forward to Medical

MODULE OFC NAME/BADGE: ▮ /# ▮   DATE/TIME: 3/20/24 @ 1249
INMATES ACKNOWLEDGING SIGNATURE: ✓   DATE/TIME: 3/20/24 @ 1:36

**SHIFT SUPERVISORS RESPONSE AND/OR ACTION**

SHIFT SUPERVISORS SIGNATURE: ___ /# ___ DATE/TIME: ___
INMATES ACKNOWLEDGING SIGNATURE: ___ DATE/TIME: ___

**GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION**

GHO SIGNATURE: ___ /# ___ DATE/TIME: ___
INMATES ACKNOWLEDGING SIGNATURE: ___ DATE/TIME: ___

**GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE**

GRIEVANCE AND HEARING SUPERVISOR SIGNATURE: ___ /# ___ DATE/TIME: ___
INMATES ACKNOWLEDGING SIGNATURE: ___ DATE/TIME: ___

ORIGINAL: GRIEVANCE OFFICER   YELLOW: INMATES 2ND COPY   PINK: INMATES 1ST COPY