UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )   CASE NO. 2:24-CR-00091-ODW
v.                         )
                           )
ALEXANDER SMIRNOV,         )
                           )
        Defendant,         )   ORDER
_____)

Upon reviewing Defendant's Emergency *Ex Parte* Motion for Reconsideration regarding request for Medical Furlough for the Next 30 Days pursuant to 18 U.S.C. § 3142(i), and having given careful reconsideration to the Court's earlier determination, said Motion is again DENIED.

IT IS SO ORDERED.

Dated: March 26, 2024

_____
Honorable Otis D. Wright II
United States District Judge

1