UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER SMIRNOV, ) <br> ) <br> Defendant, ) <br> ) | CASE NO. 2:24-CR-00091-ODW <br><br> [PROPOSED] ORDER |

Upon reviewing Defendant's Second Renewed Emergency *Ex Parte* Motion regarding requested medical care, and with good cause appearing, said Motion is GRANTED, as follows below.

The Court ORDERS that the United States Marshal Service, or its designee, forthwith provide Defendant with an adequate supply of his medical eye drops; and

The Court FURTHER ORDERS that the United States Marshal Service, or its designee, forthwith release Mr. Smirnov under 18 U.S.C. § 3142(i) for a medical furlough, during which he will have eye surgery performed by his doctor, H. George Tanaka, M.D., in San Francisco, California; and

1

The Court FURTHER ORDERS that the following additional conditions shall apply to the Defendant's release:

*[Add additional conditions of release, if any.]*

IT IS SO ORDERED.

Dated:

                                                      _____
Honorable Otis D. Wright II
United States District Judge