DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * * * *

UNITED STATES OF AMERICA,                )
        Plaintiff,                              )
                                         )    CASE NO. 2:24-CR-00091-ODW
v.                                       )
ALEXANDER SMIRNOV,                       )
        Defendant,                              )
_____)

**DEFENDANT'S SUPPLEMENT TO**
**SECOND RENEWED EMERGENCY *EX PARTE* MOTION (ECF No. 70)**

COMES NOW, Defendant, ALEXANDER SMIRNOV ("Mr. Smirnov"), by and through his attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., of the law firm of CHESNOFF & SCHONFELD and hereby files this Supplement to Defendant's Second Renewed Emergency *Ex Parte* Motion (ECF No. 70; filed May 21, 2024).

Dated this 22nd day of May, 2024.

                                Respectfully Submitted

                                CHESNOFF & SCHONFELD

                                /s/ David Z Chesnoff
                                DAVID Z. CHESNOFF, ESQ.
                                *Pro Hac Vice*
                                RICHARD A. SCHONFELD, ESQ.
                                California Bar No. 202182

## **MEMORANDUM OF POINTS AND AUTHORITIES**

As a Supplement to ECF No. 70 (May 21, 2024), the attached Declaration of Counsel sets forth the specific medications that Mr. Smirnov requires to treat his deteriorating eye disease.

DATED this 22nd day of May, 2024.

                Respectfully Submitted:

                CHESNOFF & SCHONFELD

                  /s/  David Z Chesnoff
                DAVID Z. CHESNOFF, ESQ.
                *Pro Hac Vice*
                RICHARD A. SCHONFELD, ESQ.
                California Bar No. 202182
                520 South Fourth Street
                Las Vegas, Nevada 89101
                Telephone: (702)384-5563
                rschonfeld@cslawoffice.net
                dzchesnoff@cslawoffice.net
                Attorneys for Defendant
                ALEXANDER SMIRNOV

**DECLARATION OF COUNSEL**

I, David Z. Chesnoff, do hereby declare that the following statements are true and correct:

1. I am co-counsel of record for Defendant Alexander Smirnov in this case.

2. On May 21, 2024, Mr. Smirnov, through counsel, filed with this Honorable Court the following document: "Defendant's Second Renewed Emergency *Ex Parte* Motion For (1) Provision of Eye Drops, and (2) A Court Ordered Medical Furlough Under 18 U.S.C. § 3142(i) For Eye Surgery With Dr. H. George Tanaka," entered in the docket as ECF No. 70.

3. On the morning of May 22, 2024, undersigned counsel communicated with Dr. H. George Tanaka, who advised as to the specific eye drops required by Mr. Smirnov:

    a. Timolo

    b. Brinzolamide (Azopt)

    c. Bimatoprost (Lumigan)

4. Undersigned counsel affirms that the following counsel for the government are being notified by email of this Supplement to ECF No. 70:

Derek Edward Hines
US Department of Justice
Office of Special Counsel David C. Weiss
950 Pennsylvania Avenue NW Room B-200
Washington, DC 20530
771-217-6091
Email: deh@usdoj.gov

3

Leo J. Wise
US Department of Justice
Office of Special Counsel David C. Weiss
950 Pennsylvania Avenue, NW, Room B-200
Washington, DC 20530
771-217-6091
Email: LJW@USDOJ.GOV (Inactive)

Christopher Michael Rigali
Office of Special Counsel, U.S. Dept. of Justice
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530
202-616-2652
Email: christopher.rigali2@usdoj.gov

Sean F Mulryne
Office of the Special Counsel - Weiss
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530
202-430-4880
Email: sfm@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of May, 2024.

_____
DAVID Z. CHESNOFF

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Camie Linnell
Employee of Chesnoff & Schonfeld

5