DENIED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>             Defendant, | CASE NO. 2:24-CR-00091-ODW<br><br>ORDER DENYING REQUEST |

Upon reviewing Defendant's *Ex Parte* Motion for an Order Shortening Time to be heard on his Motion to Reopen Detention Hearing and Impose Conditions of Release (Dkt 75), and with no good cause appearing, said Motion is DENIED.

The Court ORDERS that the hearing on Defendant's Motion (Dkt 75) currently scheduled for June 24, 2024, at 10:00am *will remain*.

IT IS SO ORDERED.

Dated: June 7, 2024

DENIED BY ORDER OF THE COURT
_____
Honorable Otis D. Wright II
United States District Judge