DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels

    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:    (771) 217-6091
    E-mail:  christopher.rigali2@usdoj.gov
    Attorneys for the United States

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEXANDER SMIRNOV,<br><br>        Defendant. | No. 2:24-cr-00091-ODW<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S APPLICATION FOR PERMISSION TO FILE AN OVERSIZED BRIEF |

    On June 24, 2024, the Government filed (1) an *ex parte*, *in camera*, and sealed Motion and Memorandum of Law in Support for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Federal Rule of Criminal Procedure 16(d)(1); and (2) an Application for Permission to File an Oversized Brief (related to the Motion for a Protective Order).

    For the reasons stated in the Government's application, the Court finds good cause to allow for the filing of a brief that exceeds the Court's usual word limit (7,000 words).  Therefore, the Government's application is **GRANTED**, and the Court will accept the Government's *ex*

*parte*, *in camera*, and sealed Motion and Memorandum of Law in Support for a Protective Order as filed with the Classified Information Security Officer.

**IT IS SO ORDERED.**

_____       _____
  DATE                                                                              HONORABLE OTIS D. WRIGHT II
                                                                                           UNITED STATES DISTRICT JUDGE