# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ALEXANDER SMIRNOV<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cr–00091–ODW<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   6/24/2024

Document No.:   87

Title of Document:   APPLICATION for Leave to File Excess Pages ... by plaintiff

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Filer Erroneously set the Application for hearing on Judge's Calendar for 7/16/2024 10:00 AM. No such hearing appears on the Pdf document, nor is a hearing required for the format used. Clerk notes a Proposed order was submitted as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 25, 2024     By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS