UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>ALEXANDER SMIRNOV,<br><br>          Defendant. | No. 2:24-cr-00091-ODW<br><br>ORDER GRANTING GOVERNMENT'S APPLICATION FOR PERMISSION TO FILE AN OVERSIZED BRIEF [87] |

On June 24, 2024, the Government filed (1) an *ex parte*, *in camera*, and sealed Motion and Memorandum of Law in Support for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Federal Rule of Criminal Procedure 16(d)(1); and (2) an Application for Permission to File an Oversized Brief (related to the Motion for a Protective Order).

For the reasons stated in the Government's application, the Court finds good cause to allow for the filing of a brief that exceeds the Court's usual word limit (7,000 words).  Therefore, the Government's application is **GRANTED**, and the Court will accept the Government's *ex*

*parte*, *in camera*, and sealed Motion and Memorandum of Law in Support for a Protective Order as filed with the Classified Information Security Officer.

**IT IS SO ORDERED.**

June 25, 2024
DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE