# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-CR-00091-ODW | Date | June 25, 2024 |
|---|---|---|---|
| Title | United States of America vs. Alexander Smirnov | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **ORDER ON DEFENDANT'S SEVENTH MOTION TO REOPEN HEARING ON HIS MOTION TO REOPEN DETENTION HEARING [DE-79] AND TO MODIFY CONDITIONS OF HIS PRETRIAL RELEASE [DE-75].**

On February 26, 2024 following Defendant's arrest in Las Vegas, NV, he was ordered detained. [DE-46.] Three days later he filed a Notice of Appeal from that Order. [DE-41]. On May 1, 2024 the Court of Appeals affirmed the District Court's Order [DE-66.] Since that time Defendant has filed six Emergency Ex Parte Applications for either Medical Furlough or the Re-opening of the Detention Hearing. The arguments have essentially been the same until recently when he has proposed a modification to the conditions for release. He has proposed to be under full-time surveillance of a security company who will promise not to let defendant leave the country. That security company is not under the jurisdiction of this court and unlike a bond surety, would suffer no consequence should Defendant leave the country without permission. Given Defendant's international contacts the Court finds no comfort in the proposed modification of the terms of pretrial release. The Court's concerns about his leaving the jurisdiction remain and once again his requests, all of which appear to have a common goal, to be released from custody, are again **DENIED**.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | se |