1  DAVID Z. CHESNOFF, ESQ.
   *Pro Hac Vice*
2  RICHARD A. SCHONFELD, ESQ.
3  California Bar No. 202182
   CHESNOFF & SCHONFELD
4  520 South Fourth Street
5  Las Vegas, Nevada 89101
6  Telephone: (702) 384-5563
7  dzchesnoff@cslawoffice.net
   rschonfeld@cslawoffice.net
8  Attorneys for Defendant, ALEXANDER SMIRNOV
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
                        * * * * * *
12 UNITED STATES OF AMERICA,    )
13                              )
14         Plaintiff,            )
                                )
15                              )   CASE NO. 2:24-CR-00091-ODW
   v.                           )
16                              )
17 ALEXANDER SMIRNOV,           )
                                )
18         Defendant,            )
19 _____)

20
21          **DEFENDANT'S NOTICE OF FRAP 9(a) APPEAL**
22
        Notice is hereby given that Alexander Smirnov, Defendant herein, pursuant to FRAP
23
24 9(a) and 18 U.S.C. § 3145, hereby appeals to the United States Court of Appeals for the
25 Ninth Circuit from the District Court's Order Denying Defendant's Motion to Reopen
26
   Detention Hearing and to Modify Conditions of His Pretrial Release, which was entered
27
28 June 25, 2024. *See* ECF No. 90.

There is no transcript associated with ECF No. 90, which was decided on the pleadings and which contains the District Court's Statement of Reasons for Detention. Appellant will provide the transcripts of prior hearings that are relevant to the issues with the briefing of this appeal.

DATED this 1st day of July, 2024.

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ David Z Chesnoff
DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant
ALEXANDER SMIRNOV

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system including:

Derek Edward Hines
US Department of Justice
Office of Special Counsel David C. Weiss
950 Pennsylvania Avenue NW Room B-200
Washington, DC 20530
Email: deh@usdoj.gov

Leo J. Wise
US Department of Justice
Office of Special Counsel David C. Weiss
950 Pennsylvania Avenue, NW, Room B-200
Washington, DC 20530
Email: LJW@USDOJ.GOV

Christopher Michael Rigali
Office of Special Counsel, U.S. Dept. of Justice
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530
Email: christopher.rigali2@usdoj.gov

Sean F Mulryne
Office of the Special Counsel - Weiss
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530
Email: sfm@usdoj.gov

1  A copy of the foregoing was also served via First Class U.S. Mail, postage
2  prepaid, to the individuals listed above.

                                          /s/ Camie Linnell
                                          Employee of Chesnoff & Schonfeld