UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:24-CR-00091-ODW |
| v. | ) | |
| | ) | |
| ALEXANDER SMIRNOV, | ) | |
| | ) | |
| Defendant, | ) | [PROPOSED] ORDER |
| _____ | ) | |

Upon reviewing Defendant's Motion to Disqualify David C. Weiss (Special Counsel), Leo J. Wise (Principal Senior Assistant Special Counsel), Derek E. Hines (Senior Assistant Special Counsel), and Sean F. Mulryne and Christopher M. Rigali (Assistant Special Counsels), and dismiss the Indictment (ECF No. 1, Feb. 14, 2024) in this case, and with good cause appearing, said Motion is GRANTED as set forth in Defendant's underlying Motion.

The Court hereby ORDERS that David C. Weiss (Special Counsel), Leo J. Wise (Principal Senior Assistant Special Counsel), Derek E. Hines (Senior Assistant

1

Special Counsel), and Sean F. Mulryne and Christopher M. Rigali (Assistant Special Counsels) shall be disqualified; and

The Court FURTHER ORDERS that the Indictment (ECF No. 1, Feb. 14, 2024) in this case, shall be DISMISSED.

The Clerk is directed to CLOSE this case. Any scheduled hearings are CANCELLED. Any other pending motions are DENIED AS MOOT, and any pending deadlines are TERMINATED.

Furthermore, the Court ORDERS that Defendant shall be released from custody forthwith.

IT IS SO ORDERED.

Dated:

_____
Honorable Otis D. Wright II
United States District Judge