DAVID C. WEISS
Special Counsel
Leo J. Wise
Principal Senior Assistant Special Counsel
Derek E. Hines
Senior Assistant Special Counsel
Sean F. Mulryne
Christopher M. Rigali
Assistant Special Counsels
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530
Tel: (771) 217-6090
christopher.rigali2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-91-ODW |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 3 OF THE CLASSIFIED INFORMATION PROCEDURES ACT |
| v. | |
| ALEXANDER SMIRNOV, | |
| Defendant. | Hearing Date: SEPTEMBER 9, 2024<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom of the Hon. Otis D. Wright II |

Plaintiff, United States of America, by and through its counsel of record, moves this Honorable Court pursuant to Section 3 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, § 3, the "Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information" (reprinted after CIPA Section 9), Rules 16 and 57 of the Federal Rules of Criminal Procedure, and the general supervisory powers of the

Court, and to protect the national security, for a protective order governing the disclosure, handling, and dissemination of classified national security information. The proposed protective order is attached to this motion as an exhibit.

The Government and defense counsel conferred on more than one occasion about the proposed protective order but ultimately were not able to agree on its specific terms. Should the Defendant file a written opposition to this motion noting specific objections to the proposed protective order, the Government requests the opportunity to respond.

This motion is based upon the attached memorandum of points and authorities, the indictment in this case, and any further evidence and argument as the Court may deem necessary.

Dated: August 2, 2024                    Respectfully submitted,

                                                DAVID C. WEISS
                                                SPECIAL COUNSEL

                                                */s/ Christopher M. Rigali*
                                                LEO J. WISE
                                                DEREK E. HINES
                                                SEAN F. MULRYNE
                                                CHRISTOPHER M. RIGALI
                                                Assistant Special Counsels
                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On March 1, 2024, the Government filed a notice apprising the Court that it may need to bring to the Court's attention certain matters involving classified information. ECF No. 48. As such, the Government noticed the Court and the defense that it was invoking CIPA and requested that the Court appoint a Classified Information Security Officer ("CISO") to assist the Court and the parties with the handling of matters pertaining to classified information. *Id.* The Court thereafter appointed W. Scooter Slade as the CISO in this matter. ECF No. 49.

In the March 1, 2024 notice, the Government explained that Section 3 of CIPA provides for the issuance of a protective order "to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case." 18 U.S.C. App. III, § 3 (providing that district courts, upon motion of the United States, "shall issue an order to protect against the disclosure of any classified information"). As the Government explained, CIPA Section 3 protective orders typically set forth rules for all parties governing the use and storage of classified information. *See, e.g.*, *United States v. Broumand*, No. CR 20-224(A)-RGK, ECF No. 79 (C.D. Cal.).

On July 17, 2024, this Court entered an order granting the Government's classified, *ex parte* CIPA Section 4 motion. ECF No. 94. In that order, the Court permitted the Government to "[p]rovide substitutions or summaries for certain, identified classified information," *id.*, and some of those substitutions will be classified. At this time, the Government would like to produce the classified discovery to cleared defense counsel, but a protective order pursuant to CIPA Section 3 is a prerequisite to the Government providing such discovery. As such, the Government moves for the entry of the attached protective order.

//
//
//
//

Respectfully submitted,

DAVID C. WEISS
SPECIAL COUNSEL


 /s/ Christopher M. Rigali
LEO J. WISE
DEREK E. HINES
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
Attorneys for Plaintiff
UNITED STATES OF AMERICA