DAVID Z. CHESNOFF, ESQ
RICHARD A. SCHONFELD, ESQ.
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant
Alexander Smirnov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER SMIRNOV,<br><br>    Defendant. | No. 2:24-CR-00091-ODW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE |

   The Court has read and considered the Stipulation to Modify Briefing Schedule filed by the parties on August 5, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a modification of the briefing schedule provided for in Dkt 64, and therefore the Court finds good cause.

   THEREFORE, FOR GOOD CAUSE SHOWN:

   The briefing schedule in Dkt 64 is modified as follows:

   i.   Defendant's CIPA Section 5 notice is due no later than: Two weeks after the government provides Defendant's counsel access to the classified information discovery;

   ii.  Government's Objections to Defendant's CIPA Section 5 & government's CIPA Section 6(a) filing is due no later than:  Three weeks after Defendant's CIPA Section 5 notice.

iii. Defendant's Reply in CIPA Section 5 and Response to government's CIPA Section 6(a) is due no later than: Two weeks after government's CIPA Section 6 filing.

The remaining briefing schedule in Dkt 64 is not impacted by this Order.

IT IS SO ORDERED.

_____     _____
DATE                             HONORABLE OTIS D. WRIGHT II
                                 UNITED STATES DISTRICT JUDGE

Presented by:

    /s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
Counsel for Defendant

2