UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:24-CR-00091-ODW |
| v. ) | |
| ) | |
| ALEXANDER SMIRNOV, ) | |
| ) | |
| Defendant, ) | [PROPOSED] ORDER |

Upon reviewing Defendant's Notice of Motion and Motion for Access to the Government's Filing under Section 4 of the Confidential Information Procedures Act ("CIPA") (*see* ECF No. 86), and with good cause appearing, said Motion is GRANTED, as follows below.

The Court ORDERS that, upon receiving their full FBI security clearances, Messrs. Chesnoff and Shoenfeld shall be granted "eyes only" access to the entirety of the CIPA submission (that is, an inspection of a redacted version of the government's *ex parte* submission to the Court, and an inspection of the unredacted material designated as "classified"); and

The Court FURTHER ORDERS that, to protect the government's security interests in the classified material, the following additional conditions shall apply to the defense attorneys' "eyes-only" review:

*[Court to add additional conditions to Protective Order, if any.]*

IT IS SO ORDERED.

Dated:

_____
Honorable Otis D. Wright II
United States District Judge

1