UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:24-cr-00091-ODW |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

The Court having considered the United States' Unopposed Ex Parte Application to File a Sur-Reply in Opposition to Defendant's Motion to Disqualify the Special Counsel and Dismiss the Indictment in this Case submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Unopposed Ex Parte Application is GRANTED. The United States may file a Sur-Reply in Opposition to Defendant's Motion to Disqualify the Special Counsel and Dismiss the Indictment in this Case.

IT IS SO ORDERED.

_____    _____
DATE                              THE HONORABLE OTIS D. WRIGHT II
                                  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE UNITED STATES' UNOPPOSED EX PARTE APPLICATION TO FILE SUR-REPLY
CASE NO. 2:24-CR-00091-ODW