# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ALEXANDER SMIRNOV<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cr−00091−ODW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/14/2024

Document No.:   104

Title of Document:   Sur−Reply in Opposition to Defendant's Motion to Disqualify the Special Counsel and Dismiss the Indictment by plaintiff

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Sur−Reply filed before the Court has Ruled on the " Unopposed" Pending ex parte application docket no. 103. It should have been submitted as a separate attachment to the ex parte application.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  August 14, 2024             By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS