UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>**ORDER DENIED** |

The Court having considered the United States' Unopposed Ex Parte Application to File a Sur-Reply in Opposition to Defendant's Motion to Disqualify the Special Counsel and Dismiss the Indictment in this Case submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Unopposed Ex Parte Application is DENIED. The United States may file a Sur-Reply in Opposition to Defendant's Motion to Disqualify the Special Counsel and Dismiss the Indictment in this Case.

IT IS SO ORDERED.

August 15, 2024                               DENIED BY ORDER OF THE COURT____

DATE                                                    THE HONORABLE OTIS D. WRIGHT II
                                                               UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE UNITED STATES' UNOPPOSED EX PARTE APPLICATION TO FILE SUR-REPLY
CASE NO. 2:24-CR-00091-ODW