UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

Case No. CR 24-00091-ODW                                                                 Date: August 26, 2024
===============================================================
PRESENT:   HONORABLE OTIS D. WRIGHT, II, JUDGE

| Derek Davis | COURTSMART | Derek Hines |
| Courtroom Deputy | | Leo Wise |
| | | Sean Mulryne |
| | | Asst. U.S. Attorney |

===============================================================
U.S.A. vs (Defendant listed below)          Attorney for Defendant

   Alexander Smirnov                             David Z. Chesnoff
   present in custody                             present retained

                                                               Naser J. Khoury
                                                               present retained

                                                               Richard Schonfeld
                                                               present retained

                                                               Mark Bryne
                                                               present retained

_____
PROCEEDINGS: **Motion to Disqualify Counsel as to Special Counsel and Motion to DIsmiss Case [93]**

   Case called, appearances made.  The Court having carefully considered the papers, and having heard oral argument of counsel, the motion is **DENIED. IT IS SO ORDERED.**

                                           CRIMINAL MINUTES                                        :  54

                                                                                  Initials of Deputy Clerk: DD