# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

**1a. Contact Person for this Order:** Marshall Cohen
**2a. Contact Phone Number:** 973-787-7698
**3a. Contact E-mail Address:** marshall.cohen@cnn.com

**1b. Attorney Name (if different):**
**2b. Attorney Phone Number:**
**3b. Attorney E-mail Address:**

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
CNN
820 First Street NE
Washington, DC 20002

**5. Name & Role of Party Represented:** (none)
**6. Case Name:** USA v. Smirnov
**7a. District Court Case Number:** 24-cr-91
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

[X] Criminal  [ ] Civil

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) |
|---|---|---|---|
| 08/26/2024 | 111 | Otis Wright | hearing on Motion to Disqualify Counsel |
| | | | |
| | | | |
| | | | |

b. SELECT FORMAT(S)

| | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING |
|---|---|---|---|---|---|---|
| | ● | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ |

*(CM/ECF access included with purchase of transcript.)*

[ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

**c. RELEASE OF TRANS. RESTRICTION DATE** *(Provide release date of e-filed transcript, or check to certify none yet on file.)*

**d. DELIVERY TYPE** 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*

3-Day

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

My name is Marshall Cohen and I'm a reporter from CNN. We are trying to purchase a transcript of the hearing held on 08-26-24 in the US v. Smirnov case, on the motion to disqualify special counsel David Weiss. If you have any questions, please reach out at 973-787-7698. Thank you.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 08-26-24   Signature: Marshall J. Cohen

G-120 (06/18)