Christopher M. Rigali
Assistant Special Counsel
Office of Special Counsel
950 Pennsylvania Ave NW, Room B-200
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00091-ODW |
| v. | |
| Alexander Smirnov | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Government's Classified, Ex Parte, Under Seal, and In Camera Notice of Errata (letter format) regarding Change in Classification Status to a Single Court-Approved Substitution

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

Notice of errata in letter format contains classified information and, as such, has been filed electronically with the court-appointed Classified Information Security Officer, W. Scooter Slade.

September 6, 2024
Date

Christopher M. Rigali
Attorney Name

United States of America
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)        NOTICE OF MANUAL FILING OR LODGING