# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 24-00091-ODW | Date | September 9, 2024 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Court Smart | Sean F Mulryne/ Leo J. Wise/ Christopher Rigali/ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Alexander Smirnov | X | X | | David Z Chesnoff/ Naser J. Khoury/ Richard A Schonfeld | X | | X |

**Proceedings:   MOTIONS HEARING**

Case called, appearances made.  The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel.  The Court rules as follows:

-MOTION for Order for Access to CIPA § 4 Filing [98]- DENIED

-MOTION for Protective Order Pursuant to Section 3 of CIPA[96]- GRANTED

|  | : | 38 |
|---|---|---|
| Initials of Deputy Clerk | se | |