UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ALEXANDER SMIRNOV,<br><br>      Defendant. | No. 2:24-CR-00091-ODW<br><br>ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE [97] |

    The Court has read and considered the Stipulation to Modify Briefing Schedule filed by the parties on August 5, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a modification of the briefing schedule provided for in Dkt 64, and therefore the Court finds good cause.

    THEREFORE, FOR GOOD CAUSE SHOWN:

    The briefing schedule in Dkt 64 is modified as follows:

    i.   Defendant's CIPA Section 5 notice is due no later than: Two weeks after the government provides Defendant's counsel access to the classified information discovery;

    ii.  Government's Objections to Defendant's CIPA Section 5 & government's CIPA Section 6(a) filing is due no later than: Three weeks after Defendant's CIPA Section 5 notice.

iii. Defendant's Reply in CIPA Section 5 and Response to government's CIPA Section 6(a) is due no later than: Two weeks after government's CIPA Section 6 filing.

The remaining briefing schedule in Dkt 64 is not impacted by this Order.

IT IS SO ORDERED.

September 10, 2024
DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE