# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Camie Linnell |
| 2a. Contact Phone Number | 702-521-5384 |
| 3a. Contact E-mail Address | clinnell@cslawoffice.net |
| 1b. Attorney Name (if different) | David Z. Chesnoff |
| 2b. Attorney Phone Number | 702-384-5563 |
| 3b. Attorney E-mail Address | dzchesnoff@cslawoffice.net |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Chesnoff & Schonfeld
520 S. Fourth St
Las Vegas, NV 89101

| Field | Value |
|---|---|
| 5. Name & Role of Party Represented | Alexander Smirnov, Defendant |
| 6. Case Name | USA v. Smirnov |
| 7a. District Court Case Number | 2:24-cr-00091 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:**  [ ] Appeal  [X] Non-Appeal    [X] Criminal  [ ] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/24 | | Wright | Hearing on Motion to Dismiss Count Two | (X) | ( ) | ( ) | ( ) | ( ) | ( ) | | 3-Day |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.    Date: 9/24/24    Signature: /s/

G-120 (06/18)