DAVID Z. CHESNOFF, ESQ.
Pro Hac Vice
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00091-ODW |
| Plaintiff, | DEFENDANT'S SPEEDY TRIAL WAIVER |
| v. | |
| ALEXANDER SMIRNOV, | |
| Defendant, | Honorable Otis D. Wright II |

I, Alexander Smirnov, have been advised by my attorneys of my right to a speedy trial under the provisions of the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. section 3161 et seq. I hereby knowingly, voluntarily, and with the advice of counsel waive my right to a speedy trial and consent to the continuation of my trial from December 3, 2024, to a date up to and including May 2, 2025 (my counsel is requesting April 1, 2025; however, I am agreeing to waive time until May 2, 2025, in the event that the Court cannot accommodate an April 1, 2025, trial date). I understand that if the Court accepts this waiver, it will exclude the time

1

from the date of the Court's order up to the new trial in calculating the speedy trial expiration date.

I am in custody and consent and join in the request for continuance that my counsel is filing, so that my counsel can have adequate time to review the voluminous discovery and provide me with the effective assistance of counsel that I am guaranteed under the United States Constitution.

Dated this 24th day of September 2024.

_____
ALEXANDER SMIRNOV