# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 1:23-cr-00061-MN
)
ROBERT HUNTER BIDEN, ) Hon. Maryellen Noreika
)
Defendant. )

**UNOPPOSED MOTION TO RESCHEDULE SENTENCING**

On September 19, 2024, the Court issued an Oral Order (D.I. 267) granting the Defendant's Motion to Continue Sentencing Hearing (D.I. 266). The Court set a new sentencing date of December 4, 2024, at 2:00 PM. Government counsel are attached for trial in the matter of *United States v. Alexander Smirnov*, 24-CR-0091-ODW (C.D.CA) beginning on December 3, 2024. Due to this scheduling conflict, the government respectfully requests that the sentencing in this matter be rescheduled to the following week (12/9-12/13). The defendant does not oppose the motion.

Respectfully submitted,

DAVID C. WEISS
SPECIAL COUNSEL

By:

Derek E. Hines
Senior Assistant Special Counsel

Leo J. Wise
Principal Senior Assistant Special Counsel

U.S. Department of Justice