**DENIED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER SMIRNOV, ) <br> ) <br> Defendant, ) <br> _____ ) | CASE NO. 2:24-CR-00091-ODW <br><br><br> ORDER DENYING REQUEST |

The Court has read and considered Defendant's *Ex Parte* Motion for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, which Defendant filed on September 26, 2024. The Court has also considered the government's opposition.

The Court hereby finds that the *Ex Parte* Motion, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter from December 3, 2024 to April 1, 2025, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel

1  and would deny defense counsel the reasonable time necessary for effective preparation, taking
2  into account the exercise of due diligence.
3      Additionally, and for the reasons stated in the *Ex Parte* Motion, the Court finds that certain
4  periods of time should be excluded under 18 U.S.C. § 3161(h)(1), pertaining to the transfer of this
5  case and the transport of the Defendant to this District, as well as the specific factual circumstances
6  presented by this case.
7      THEREFORE, NO GOOD CAUSE SHOWN:
8      THE COURT DENIES THE REQUEST TO CONTINUE THE TRIAL
9      IT IS SO ORDERED.

October 15, 2024　　　　　　　　　　　DENIED BY ORDER OF THE COURT
DATE　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2