UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 24-00091-ODW | Date | October 16, 2024 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Alexander Smirnov | Not | X | | David Z Chesnoff | Not | | X |

**Proceedings:** **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

At the request of defense counsel, the Court orders the clerk's office to seal docket no. [136], due to sensitive information disclosed.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | | se |