UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)  CASE NO. 2:24-CR-00091-ODW |
| v. | )<br>) |
| ALEXANDER SMIRNOV, | )<br>) |
| Defendant, | )  [PROPOSED] ORDER<br>) |

The Court has read and considered Defendant's Motion to Compel Production of Discovery, which Defendant filed on October 16, 2024. The Court has also considered the Government's opposition.

The Court hereby finds that the Defendant's Motion to Compel Production of Discovery, and its Exhibits, which this Court incorporates by reference into this Order, demonstrates facts that support the relief sought in that Motion.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. Defendant's Motion to Compel Production of Discovery is GRANTED.

2. Not later than five (5) days from the date of this Order, the Government shall produce to the Defendant each and every item of discovery requested in the Motion to Compel Production of Discovery.

IT IS SO ORDERED.

_____       _____
DATE                                                            HONORABLE OTIS D. WRIGHT II
                                                                            UNITED STATES DISTRICT JUDGE