Christopher M. Rigali
Assistant Special Counsel
Office of Special Counsel
950 Pennsylvania Ave NW, Room B-200
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00091-ODW |
| v. | |
| Alexander Smirnov | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

Government's (Classified) In Camera, Under Seal Motion for a Hearing and Notice Pursuant to CIPA Sections 5(a), 6(a), and 6(b).

Pursuant to CIPA Section 6(a), the Government requests an in camera, sealed hearing following Defendant's response to the Government's filing.

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[✓] Other:

The above-described filing and related exhibits have been filed electronically with the court-appointed Classified Information Security Officer, W. Scooter Slade.

October 30, 2024                           Christopher M. Rigali
Date                                       Attorney Name
                                           United States of America
                                           Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING