UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>    Defendant, | CASE NO. 2:24-CR-00091-ODW<br><br>[PROPOSED] ORDER |

Upon reviewing Defendant's Motion *in Limine* to Take Judicial Notice of the Contents of the Official Transcript of the Hearing held on July 26, 2023 in the District of Delaware in: 1) *United States v. Robert Hunter Biden*, CR No. 23-61-MN (D. Del. 2023); and 2) *United States v. Robert Hunter Biden*, CR No. 23-mj-274-MN (D. Del. 2023), and the Government's Opposition to that Motion, it is hereby:

ORDERED that Defendant's Motion *In Limine* is GRANTED, as follows.

1. It is furthered ORDERED that said Transcript will be admitted into evidence subject to the Defendant establishing its admissibility under the Federal Rules of Evidence.

///

2.  It is further ORDERED that nothing in the contents of the present Order addresses in any way the truthfulness or veracity of any of the arguments or ruling recorded in said Transcript of July 26, 2023.

IT IS SO ORDERED.

_____      _____
DATE                                                     HONORABLE OTIS D. WRIGHT II
                                                                 UNITED STATES DISTRICT JUDGE