UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALEXANDER SMIRNOV,  )<br>  )<br>Defendant,  )<br>_____) | CASE NO. 2:24-CR-00091-ODW<br><br>[PROPOSED] ORDER |

Upon reviewing Defendant's Motion *in Limine* to Preclude Any Evidence From (or, References to) Mr. Smirnov's Interview with the FBI and Other Government Officials on September 27, 2023, and reviewing the Government's Opposition to that Motion, it is hereby:

ORDERED that Defendant's Motion *In Limine* is GRANTED. *See* Fed. R. Evid. 403.

IT IS SO ORDERED.

_____            _____
DATE                                                             HONORABLE OTIS D. WRIGHT II
                                                                         UNITED STATES DISTRICT JUDGE

1