UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER SMIRNOV,<br><br>    Defendant. | No. CR 2:24-cr-00091-ODW<br><br><u>[PROPOSED] ORDER</u> |

   Upon Consideration of the Government's First Motion in Limine to preclude the defendant from calling his proposed expert, Gregory Scott Rogers, to testify at trial, and the Defendant's Response thereto, the Court grants the Motion and orders that the defendant is precluded from calling Rogers at trial. He is excluded because the defendant's expert disclosure does not satisfy Fed. R. Crim. P. 16 and Rogers' testimony is otherwise inadmissible under F.R.E. 702.

   Dated: _____          SO ORDERED


                                    _____

                                    The Honorable Otis D. Wright, III

                                    United States District Judge

9