UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER SMIRNOV,<br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>[PROPOSED] ORDER |

Upon Consideration of the Government's Fourth Motion in Limine to Exclude Alleged Defects in the Institution and Prosecution of this matter, and the Defendant's Response thereto, the Court grants the Motion and orders that the defendant is precluded from introducing evidence, argument, or questioning at trial that suggests or otherwise implies that the prosecution is politically motivated, that the government is selectively or vindictively prosecuting him, that government agents or prosecutors engaged in outrageous government misconduct, that the prosecution of him is unlawful for any reason, that the prosecution is costly or inappropriately funded, or that the prosecutors or agents are conflicted. These matters are irrelevant under Federal Rule of Evidence 401, are prejudicial under Federal Rule of Evidence 403 even if there was some probative value, and, for the reasons discussed in the Government's Motion, this Court agrees with other courts that have routinely excluded such matters from being raised before the jury.

Dated: _____          SO ORDERED

 

_____

The Honorable Otis D. Wright, III

United States District Judge