DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone: (771) 217-6090
    E-mail:    LJW@usdoj.gov, DEH@usdoj.gov
    E-mail:    SFM@usdoj.gov; CMR@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>**DECLARATION OF LEO J. WISE IN SUPPORT OF GOVERNMENT'S FIFTH MOTION IN LIMINE TO EXCLUDE IRRELEVANT FACTUAL ISSUES**<br><br>Hearing Date: November 25, 2024<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom of the Hon. Otis D. Wright II |
|---|---|

**DECLARATION OF LEO J. WISE**

I, Leo J. Wise, declare as follows:

1. I am an attorney of record for the United States in the above-captioned case. I have personal knowledge of the matters contained in this declaration, and, if called as a witness to testify, I would competently testify to them. This declaration is offered in support of the government's Fifth Motion in Limine to Exclude Irrelevant Factual Issues.

2. The defendant opposes the motion, suggesting that he intends to improperly introduce evidence, argument, or questioning concerning (1) the defendant's potential punishment; (2) his pretrial detention status or medical condition involving his eyes; (3) claims that the United States government directed the defendant to meet with Burisma officials in 2017 or foreign intelligence officials in December 2023; (4) claims that the defendant's FBI Handling Agent used a "personal phone" to communicate with him; and/or (5) assertions that the defendant is "loyal" to the United States or a "servant of the United States."

3. On Friday, October 25, 2024, my office emailed a letter to counsel for the defendant regarding the subject of the government's proposed motions in limine, including the matters, issues, and topics addressed in the Fifth Motion in Limine. On Monday, October 28, 2024, the defendant's counsel emailed his response, opposing the motion and therefore refusing to stipulate that he will not make arguments or present anything that purports to be evidence, in the presence of the jury unless and until the Court so rules, concerning the following (as set forth in my office's letter):

    a. "irrelevant issues and facts about the defendant, including his eye issues, pretrial detention status, and potential punishment."

    b. That "the defendant called his Handling Agent on a 'personal phone' used by the Handling Agent."

   c. That "the defendant met with individuals associated with Burisma in 2017 and with foreign intelligence in December 2023 at the direction of the U.S. government."

   d. That "the defendant was 'loyal' to the United States or a 'servant of the United States.'"

4. The government will suffer prejudice if its Fifth Motion in Limine is denied, and the defendant is permitted to introduce evidence concerning (1) the defendant's potential punishment; (2) his pretrial detention status or eyes issues; (3) claims that the United States government directed the defendant to meet with Burisma officials in 2017 or foreign intelligence officials in December 2023; (4) claims that the defendant's FBI Handling Agent used a "personal phone" to communicate with him; and/or (5) assertions that the defendant is "loyal" to the United States or a "servant of the United States," because such evidence is irrelevant under Federal Rule of Evidence 401, inadmissible under Federal Rule of Evidence 402, and would cause unfair prejudice under Federal Rule of Evidence 403.

Executed on this 1st day of November, 2024 in Baltimore, MD.

Respectfully submitted,

Leo J. Wise