UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　v.<br>ALEXANDER SMIRNOV,<br>　　Defendant. | No. CR 2:24-cr-00091-ODW<br><br>[PROPOSED] ORDER |

　　Upon Consideration of the Government's Fifth Motion in Limine to Exclude Irrelevant Factual Issues, and the Defendant's Response thereto, the Court grants the Motion and orders that the defendant is precluded from introducing evidence, argument, or questioning at trial about (1) the defendant's potential punishment; (2) his pretrial detention status or medical condition involving his eyes; (3) claims that the United States government directed the defendant to meet with Burisma officials in 2017 or foreign intelligence officials in December 2023; (4) claims that the defendant's FBI Handling Agent used a "personal phone" to communicate with him; and (5) assertions that the defendant is "loyal" to the United States or a "servant of the United States." These matters are irrelevant under Federal Rule of Evidence 401, are prejudicial under Federal Rule of Evidence 403 even if there was some probative value, and, for the reasons discussed in the Government's Motion, this Court agrees that these matters either have been previously addressed by this Court, are unfounded in fact or evidence, and/or are otherwise improper evidence or argument for the jury's consideration.

Dated: _____　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　The Honorable Otis D. Wright, III
　　　　　　　　　　　　　　　　　　United States District Judge