UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALEXANDER SMIRNOV, <br> Defendant. | No. CR 2:24-cr-00091-ODW <br><br> [PROPOSED] ORDER |

Upon Consideration of the Defendant's Second Ex Parte Motion to Continue Trial Date and for Findings to Exclude Certain Time Periods Under the Speedy Trial Act (ECF 159) ("Motion"), and the Government's Response in Opposition, the Court hereby Orders that the Motion is denied because the defendant failed to show good cause for a continuance, failed to establish any *Brady* material was produced in the discovery production, and failed meet the standard for an *ex parte* application.  The trial shall proceed on December 3, 2024, consistent with the Court's prior order.

Dated: _____      SO ORDERED

_____

The Honorable Otis D. Wright, III

United States District Judge