UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |
|---|---|---|

### HEADER

**Source ID:** S-00032801

**Date:** 12/28/2010

**Case Agent Name:** ███████████

**Field Office/Division:** San Francisco

**Squad:** C 1

**Date of Contact:** 12/17/2010

**List all Present including yourself. (Do not include the CHS.):** ███████████

**Type of Contact:** Telephonic

**Date of Report:** 12/17/2010

**Substantive Case File Number:** ███████████

**Source Reporting:**

On December 16, 2010, CHS's friend was approached by ███████████ (previously identified by CHS as ███████████ DOB ███████████, CADL ███████████), who provided CHS's friend with two checks that ███████████ wants to get cashed. ███████████ also provided CHS's friend with copies of two California Driver Licenses and Social Security Cards for persons matching the names of the alleged payees.

Both checks were written on Wells Fargo checking account number ███████████ held in the name of ███████████. The first check in the amount of $9,560.23, was issued to "███████████", SSN ███████████, CADL ███████████. The second check, also in the amount of $9,560.23, was issued to ███████████", SSN ███████████, CADL ███████████.

**Approval History:**

| Submitted By: | ███████████ | 12/28/2010 8:03PM |
| Approved By: | ███████████ | 12/29/2010 12:40PM |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 07/07/2011 |
| **Case Agent Name:** | ▮▮▮▮▮▮▮▮ |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 06/15/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | ▮▮▮▮▮▮ |
| **Type of Contact:** | Telephonic |
| **Date of Report:** | 06/15/2011 |
| **Substantive Case File Number:** | ▮▮▮▮▮▮ |

**Source Reporting:**

CHS reported that ▮▮▮▮▮▮▮▮, DOB ▮▮▮▮▮▮, is in California after fleeing from Puerto Rico, where he was arrested by U.S. Marshal's and subsequently fled bond in early June 2011.

CHS advised that ▮▮▮▮▮▮'s father would be meeting with a lawyer, ▮▮▮▮▮▮, at her office at ▮▮▮▮▮▮▮▮▮▮▮▮, Los Angeles, California. CHS believed that ▮▮▮▮▮▮ may be present at the meeting as well.

**Approval History:**

| | | |
|---|---|---|
| Submitted By: | ▮▮▮▮▮▮ | 07/15/2011 1:59PM |
| Approved By: | ▮▮▮▮▮▮ | 07/15/2011 6:05PM |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

**Source ID:** S-00032801
**Date:** 07/20/2011
**Case Agent Name:** ▮▮▮▮▮▮▮▮
**Field Office/Division:** San Francisco
**Squad:** C 1

**Date of Contact:** 07/12/2011
**List all Present including yourself. (Do not include the CHS.):** ▮▮▮▮▮▮▮▮
**Type of Contact:** Telephonic

**Date of Report:** 07/12/2011
**Substantive Case File Number:** ▮▮▮▮▮▮▮▮

**Source Reporting:**

CHS advised that ▮▮▮▮▮▮ (phonetic) LNU was a bank manager at the Wells Fargo located at ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, that was the bank insider being used by ▮▮▮▮▮▮ and his organization.

Additionally, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ account number at Wells Fargo bank is ▮▮▮▮▮▮▮.

**Approval History:**

Submitted By: ▮▮▮▮▮▮     07/25/2011 6:25PM
Approved By: ▮▮▮▮▮▮     07/26/2011 7:58PM

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |

### HEADER

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 08/30/2011 |
| **Case Agent Name:** | ▮▮▮▮▮▮ |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 08/18/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | ▮▮▮▮▮▮ |
| **Type of Contact:** | Telephonic |
| **Date of Report:** | 08/30/2011 |
| **Substantive Case File Number:** | ▮▮▮▮▮▮ |

**Source Reporting:**

CHS reported on ▮▮▮▮. CHS advised that ▮▮▮ was in the race car driving business and tied to FNU ▮▮▮ (related to the alcohol company). Based on database checks, writer believes ▮▮▮ to be ▮▮▮ dob ▮▮▮, SSAN ▮▮▮.

CHS believes that ▮▮▮ is involved in dealing unknown quantities of cocaine, investor fraud of at least three individuals for $10 million, and insurance fraud.

CHS also advised that ▮▮▮ has previously gone to court to face unknown charges.

**Approval History:**

| | | |
|---|---|---|
| Submitted By: | ▮▮▮▮▮▮ | 08/30/2011 6:17PM |
| Approved By: | ▮▮▮▮▮▮ | 08/31/2011 12:17PM |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 10/25/2011 |
| **Case Agent Name:** | ▉▉▉▉▉▉▉ |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 10/25/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | ▉▉▉▉▉▉▉ |
| **Type of Contact:** | Telephonic |
| **Date of Report:** | 10/25/2011 |
| **Substantive Case File Number:** | ▉▉▉▉▉▉▉ |

**Source Reporting:**

An unwitting subsource (Los Angeles resident ▉▉▉▉, a subject of prior CHS reporting) advised CHS that ▉▉ LNU, aka "Mike", telephone ▉▉▉▉▉▉ ("▉▉ LNU"), is attempting to cash fraudulently obtained US Treasury Checks obtained by filing false tax returns.

CHS is certain that he/she has seen ▉▉ LNU before, but could not remember which group CHS has seen him with. ▉▉ LNU told CHS that he (▉▉ LNU) was very close friends with "▉▉ (phonetic), who was incarcerated for murder, along with Mexican nationals (NFI).

**Approval History:**

| | | |
|---|---|---|
| Submitted By: | ▉▉▉▉▉▉▉ | 10/25/2011 2:29PM |
| Approved By: | ▉▉▉▉▉▉▉ | 10/25/2011 5:56PM |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

**UNCLASSIFIED**

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

**HEADER**

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 11/07/2011 |
| **Case Agent Name:** | ▓▓▓▓▓▓▓▓ |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 11/04/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | None. Email |
| **Type of Contact:** | e-Mail |
| **Date of Report:** | 11/07/2011 |
| **Substantive Case File Number:** | ▓▓▓▓▓▓▓▓ |

**Source Reporting:**

CHS emailed a photo of a business card as an attachement with the following information:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  WELLS FARGO

Los Angeles, CA 90024
Tel: ▓▓▓▓▓▓
Fax: ▓▓▓▓▓▓
Customer Service: ▓▓▓▓▓▓
24 Hour Cust. Service: ▓▓▓▓▓▓

▓▓▓▓▓▓@wellsfargo.com

CHS advised that ▓▓▓▓▓▓ was the person helping ▓▓▓▓▓▓

**Approval History:**

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

**UNCLASSIFIED**

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |
|---|---|---|

Submitted By: ▮▮▮▮▮▮▮▮    11/07/2011 12:36PM

Approved By: ▮▮▮▮▮▮▮▮▮▮▮    11/08/2011 9:28PM

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 11/08/2011 |
| **Case Agent Name:** | ▆▆▆▆▆▆▆▆▆▆ |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 10/19/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |
| **Type of Contact:** | In Person |
| **Country:** | UNITED STATES |
| **City:** | Tarzana |
| **State:** | California |
| **Date of Report:** | 10/19/2011 |
| **Substantive Case File Number:** | ▆▆▆▆▆▆▆▆ |

**Source Reporting:**

CHS provided the phone number for ▆▆▆▆▆▆▆, DOB ▆▆▆▆▆▆, as ▆▆▆▆▆▆. CHS believes that ▆▆▆ lives somewhere in Pasadena and doesn't change his phone number frequently.

CHS advised that an individual of Mexican heritage known to the CHS as ▆▆▆ LNU, launders approximately $50-70 million a month for a cartel from Mexico, possibly ZETAS. ▆▆▆ LNU had access to a Aston Martin vehicle in Mexico that had hidden compartments for cocaine.

▆▆▆ LNU's wife's cousin is one of the main guys in the ZETAS cartel, which is how ▆▆▆ became involved in laundering money. ▆▆▆ LNU lives somewhere in Long Beach. ▆▆▆ LNU would not participate with law enforcement or the FBI.

▆▆▆ has issues with his passport.

▆▆▆▆▆▆▆ plans to travel to Florida on November 3, 2011.

**Approval History:**

| | | |
|---|---|---|
| **Submitted By:** | ▆▆▆▆▆▆▆ | 11/08/2011 6:29PM |
| **Approved By:** | ▆▆▆▆▆▆▆▆▆ | 11/14/2011 1:29PM |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |

### HEADER

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 11/10/2011 |
| **Case Agent Name:** | ▮▮▮▮ |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 11/10/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | ▮▮▮▮ |
| **Type of Contact:** | Telephonic |
| **Date of Report:** | 11/10/2011 |
| **Substantive Case File Number:** | ▮▮▮▮ |

**Source Reporting:**

A subject of prior CHS reporting, ▮▮▮▮, DOB ▮▮▮▮, and "▮▮▮" (previously identified by CHS as ▮▮▮▮, DOB ▮▮▮▮) are both heavily involved in federal tax fraud schemes.

▮▮▮▮ recently obtained approximately $1.8 million in illicit federal tax return proceeds stored on 300 Green Dot prepaid-cards. ▮▮▮ told ▮▮▮ that he (▮▮▮) only received 200 cards, however ▮▮▮ somehow learned that ▮▮▮ had, in fact, received 300 Green Dot cards from the U.S. Treasury.

▮▮▮ and ▮▮▮▮ group had the Green Dot cards mailed to unoccupied rental properties.  once the cards were retrieved, ▮▮▮ used three different groups to liquidate the funds(NFI).

▮▮▮ is currently working on another batch of fraudulent tax return submissions for the 2012 tax year.

**Approval History:**

| | | |
|---|---|---|
| **Submitted By:** | ▮▮▮▮ | 11/10/2011 6:54PM |
| **Approved By:** | ▮▮▮▮ | 11/14/2011 1:31PM |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |

### HEADER

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 11/17/2011 |
| **Case Agent Name:** | ███████████ |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 11/15/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | ███████████ |
| **Type of Contact:** | Telephonic |
| **Date of Report:** | 11/15/2011 |
| **Substantive Case File Number:** | ███████████ |

**Source Reporting:**

███████████ is a fugitive currently residing in Mexico. ███████ stole $500,000.00 (USD) from a friend of CHS. ███████ has paid off local law enforcement in Mexico to help him. CHS will provide exact residence of

A male Hispanic agent with the Department of Homeland Security who is described as a large male with a tattoo on his right hand interviewed a friend of CHS regarding ███████ at the friend's business (NFI).

(Per ACS, ███████, was born ███████ in Israel. ███████ utilizes additional identifiers of DOB ███████ and SSAN ███████ and ███████. ███████ has two (2) outstanding felony warrants in Nevada and Los Angeles.)

CHS is putting together package with information on ███████ to include off-shore banks, letters, email addresses, etc.

**Approval History:**

| | | |
|---|---|---|
| Submitted By: | ███████████ | 11/17/2011 8:41PM |
| Approved By: | ███████████ | 11/18/2011 6:45PM |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED

USA-08-00000177


UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |

### HEADER

| | |
|---|---|
| **Source ID:** | S-00032801 |
| **Date:** | 11/22/2011 |
| **Case Agent Name:** | [redacted] |
| **Field Office/Division:** | San Francisco |
| **Squad:** | C 1 |
| **Date of Contact:** | 11/22/2011 |
| **List all Present including yourself. (Do not include the CHS.):** | [redacted] |
| **Type of Contact:** | e-Mail |
| **Date of Report:** | 11/22/2011 |
| **Substantive Case File Number:** | [redacted] |

**Source Reporting:**

The following CHS report is very singular in nature and should be handeled accordingly.

[redacted] LNU (previously identified by CHS as [redacted], DOB [redacted], CADL# [redacted], who is an alleged enforcer for [redacted] cashed three checks issued by insurance companies to [redacted], Los Angeles, CA. [redacted] stated the checks were issued to "his mother's medical business."

The following information is contained on the checks:

1. Issuer/Payee: Liberty Mutual, P.O. Box 7070, London, KY, 40742
Payee: [redacted]
Amount of Check: $1,371.17
Date of Check: 11/15/11
Check Details: [redacted]

2. Issuer/Payee: ACE USA Insurance Company of North America, ACE Property and Casualty Insurance Company and Affiliated Insurers
Payee: [redacted]
Amount of Check: $1,146.00

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

Date of Check: 11/15/11
Check Details: ██████████████████████████
Claimant: ████████████
Claim Office: ████████████
For: 09/28/09 thru 09/28/09
File ID# ████████

3. Issuer/Payee: Cypress Insurance Company, P.O. Box 881716, San Francisco, CA 94188
Payee: ████████████████████████████████████████
Amount of Check: $1,250
Date of Check: 11/17/11
Check Details: ██████████████████████████

**Approval History:**

| Submitted By: | ████████████ | 11/22/2011 7:52PM |
| Approved By: | ████████████ | 11/25/2011 4:45PM |

████████

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED