UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-cr-00091-ODW |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

Upon Consideration of the Defendant's Motion in Limine to Preclude References to Defendant's Lawfully Owned Firearms [ECF No. 146], and the Government's Response thereto, the Court denies the Motion for the reasons stated in the Government's Response.

Dated: _____

SO ORDERED

_____

The Honorable Otis D. Wright, III

United States District Judge