UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:24-cr-00091-ODW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

Upon Consideration of the Defendant's Motion in Limine to Preclude Any References to Defendant's Alleged Disloyalty [ECF No. 147], and the Government's Response thereto, the Court denies the Motion for the reasons stated in the Government's Response.

Dated: _____          SO ORDERED

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　The Honorable Otis D. Wright, III

　　　　　　　　　　　　　　　　　United States District Judge