DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:24-CR-00091-ODW |
| ) | |
| Plaintiff, ) | **DEFENDANT'S** |
| ) | **NOTICE OF LODGING** |
| ) | **PROPOSED ORDERS** |
| v. ) | **DENYING GOVERNMENT'S** |
| ) | **MOTIONS *IN LIMINE*** |
| ALEXANDER SMIRNOV, ) | |
| ) | **Honorable Otis D. Wright II** |
| Defendant, ) | **November 25, 2024 at 10:00 a.m.** |
| _____ ) | |

Comes Now, Defendant Alexander Smirnov, by and through his counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., and hereby submits this Notice of Lodging of Proposed Orders denying the Government's Motions *in Limine* regarding the following:

1

1. Government's Motion *in Limine* to Preclude Proposed Defense Expert Gregory Scott Rogers, *See* ECF No. 150, and Defendant's Opposition to that Motion, *See* ECF No. 167;

2. Government's Motion *in Limine* to Exclude the FBI Handling Agent's Alleged Mistakes, *See* ECF No. 151, and Defendant's Opposition to that Motion, *See* ECF No. 168;

3. Government's Motion *In Limine* to Exclude Specific Instances of Conduct, *See* ECF No. 152, and Defendant's Opposition to that Motion, *See* ECF No. 169;

4. Government's Motion *In Limine* to Exclude Alleged Defects in the Prosecution, *See* ECF No. 153, and Defendant's Opposition to that Motion, *See* ECF No. 170; and

5. Government's Motion *in Limine* to Preclude Irrelevant Factual Issues, *See* ECF No. 154, and Defendant's Opposition to that Motion, *See* ECF No. 171.

Dated this 15th day of November, 2024.

                                         Respectfully Submitted:

                                         CHESNOFF & SCHONFELD

                                         /s/  David Z. Chesnoff
                                         DAVID Z. CHESNOFF, ESQ.
                                         *Pro Hac Vice*
                                         RICHARD A. SCHONFELD, ESQ.
                                         California Bar No. 202182
                                         520 South Fourth Street
                                         Las Vegas, Nevada 89101
                                         Telephone: (702)384-5563
                                         dzchesnoff@cslawoffice.net
                                         rschonfeld@cslawoffice.net
                                         Attorneys for Defendant
                                         ALEXANDER SMIRNOV

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Camie Linnell
Employee of Chesnoff & Schonfeld