UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

UNITED STATES OF AMERICA, )
                Plaintiff, )
                             ) CASE NO. 2:24-CR-00091-ODW
v. )
ALEXANDER SMIRNOV, )
                Defendant, ) [PROPOSED] ORDER
_____)

Upon reviewing the Government's Motion *in Limine* to Preclude Proposed Defense Expert Gregory Scott Rogers, *See* ECF No. 150, and reviewing the Defendant's Opposition to that Motion, *See* ECF No. 167, it is hereby:

ORDERED that said Motion is DENIED.

IT IS SO ORDERED.

_____
DATE

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE