UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )   CASE NO. 2:24-CR-00091-ODW
v.                               )
                                 )
ALEXANDER SMIRNOV,               )
                                 )
            Defendant,           )   [PROPOSED] ORDER
_____  )

Upon reviewing the Government's Motion *in Limine* to Exclude the FBI Handling Agent's Alleged Mistakes, *See* ECF No. 151, and reviewing the Defendant's Opposition to that Motion, *See* ECF No. 168, it is hereby:

ORDERED that said Motion is DENIED.

IT IS SO ORDERED.

_____          _____
DATE                           HONORABLE OTIS D. WRIGHT II
                               UNITED STATES DISTRICT JUDGE