UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:24-CR-00091-ODW |
| v. ) | |
| ) | |
| ALEXANDER SMIRNOV, ) | |
| ) | |
| Defendant, ) | [PROPOSED] ORDER |
| _____ ) | |

Upon reviewing the Government's Motion *In Limine* to Exclude Specific Instances of Conduct, *See* ECF No. 152, and reviewing the Defendant's Opposition to that Motion, *See* ECF No. 169, it is hereby:

ORDERED that said Motion is DENIED.

IT IS SO ORDERED.

_____          _____
DATE                             HONORABLE OTIS D. WRIGHT II
                                 UNITED STATES DISTRICT JUDGE