UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:24-CR-00091-ODW |
| v. ) | |
| ) | |
| ALEXANDER SMIRNOV, ) | |
| ) | |
| Defendant, ) | [PROPOSED] ORDER |
| _____) | |

Upon reviewing the Government's Motion *in Limine* to Preclude Irrelevant Factual Issues, *See* ECF No. 154, and reviewing the Defendant's Opposition to that Motion, *See* ECF No. 171, it is hereby:

ORDERED that said Motion is DENIED.

IT IS SO ORDERED.

_____         _____
DATE                                                         HONORABLE OTIS D. WRIGHT II
                                                                      UNITED STATES DISTRICT JUDGE