UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER SMIRNOV,<br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>[PROPOSED] ORDER |

   Upon Consideration of the Defendant's Motion in Limine to Take Judicial Notice of Contents of Hearing Transcript [ECF No. 148], and the Government's Response thereto, the Court denies the Motion for the reasons stated in the Government's Response.

   Dated: _____        SO ORDERED

                                   _____
                                   The Honorable Otis D. Wright, III
                                   United States District Judge