DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:  (771) 217-6090
    E-mail:      LJW@usdoj.gov, DEH@usdoj.gov
    E-mail:      SFM@usdoj.gov; CMR@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>**JOINT PROPOSED VERDICT FORM**<br><br>Trial Date:    December 3, 2024<br>Trial Time:    9:00 a.m.<br>Location:      Courtroom of the<br>                    Hon. Otis Wright |

      The parties— the Plaintiff, United States of America, by and through its counsel of record, and Defendant Alexander Smirnov, by and through his counsel of record— pursuant to the Court's April 12, 2024 Order Continuing Trial (ECF 65), which

1

incorporates by reference the parties' joint stipulation (ECF 64) submit their Proposed Joint Verdict Form for the trial of defendant Alexander Smirnov.

Dated:   November 18, 2024

Respectfully submitted,

DAVID C. WEISS
Special Counsel

/s/_____
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel

SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/_____
DAVID Z. CHESNOFF, ESQ.
*Pro Hae Vice*
RICHARD A. SCHONFELD, ESQ.
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

Counsel for Alexander Smirnov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER SMIRNOV,<br><br>    Defendant. | No. CR 2:24-cr-00091-ODW<br><br>**VERDICT FORM FOR DEFENDANT ALEXANDER SMIRNOV** |

# **COUNT ONE – FALSE STAEMENT TO A GOVERNMENT AGENT**

RESPONSE 1: We, the Jury, unanimously find the defendant ALEXANDER SMIRNOV, (*check one*):

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count One of the Indictment

*(Please proceed to Count Two.)*

# COUNT TWO – FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATION

RESPONSE 1: We, the Jury, unanimously find the defendant ALEXANDER SMIRNOV, (*check one*):

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count Two of the Indictment

Dated: December \_\_\_\_, 2024, at Los Angeles, California.

                                      _____
                                      FOREPERSON OF THE JURY