David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 S. 4th Street
Las Vegas, Nevada 89101
702-384-5563

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00091-ODW |
| v. | |
| Alexander Smirnov | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

3 Separate CIPA documents.

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

The submissions were made on November 18, 2024, with Roxanne Walker from the Clerk's office.

| 11/19/24 | David Z. Chesnoff, Esq. |
|---|---|
| Date | Attorney Name |
| | Alexander Smirnov |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING