Christopher M. Rigali
Assistant Special Counsel
Office of Special Counsel
950 Pennsylvania Ave NW, Room B-200
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00091-ODW |
| v. | |
| Alexander Smirnov | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Letter to the Hon. Otis D. Wright II, along with the following supplemental exhibits to the Government's classified notice and motion pursuant to CIPA Sections 5(a), 6(a), and 6(b):
(1) a declaration of the Assistant Attorney General for the National Security Division in support of in camera CIPA Section 6 proceedings; and
(2) a proposed order on the Government's notice and motion pursuant to CIPA Sections 5(a), 6(a), and 6(b).

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

The above-described letter and supplemental exhibits have been filed electronically with the court-appointed Classified Information Security Officer, W. Scooter Slade.

November 20, 2024
Date

Christopher M. Rigali
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*