# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 24-00091-ODW | Date: November 25, 2024 |

Present: The Honorable **OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE**

Interpreter:

| Sheila English | Court Smart | Derek E. Hines/ Leo J. Wise/ Christopher Michael Rigali/ Sean F Mulryne |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Alexander Smirnov | X | X | | David Z Chesnoff/ Richard A Schonfeld | X | | X |

**Proceedings:   STATUS CONFERENCE RE: MOTIONS IN LIMINE/PRETRIAL**

Case called, appearances made. The Court speaks with counsel off the record.

Later: The Court hears oral argument from counsel regarding the motions in limine. The Motion to Dismiss case **[162] is MOOT.** The matter is submitted on the motions in limine. An order will issue. The Court addresses trial issues with counsel, including scheduling and conduct.

The trial is CONTINUED to Wednesday, January 8, 2025 at 9:00 a.m.

IT IS SO ORDERED.

:   38

Initials of Deputy Clerk   se