UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| Case No. | 2:24-cr-00091-ODW | Date | December 3, 2024 |
|---|---|---|---|
| Title | *United States of America v. Alexander Smirnov* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings: In Chambers**        Notice of Order

    The Court has issued its Order re In Camera, Under Seal Motion for a Hearing and Notice Pursuant to CIPA Sections 5(a), 6(a), and 6(b).  The Order has been filed with the Classified Information Security Officer.

                                                                                                             :    00

Initials of Preparer    SE