# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER SMIRNOV, ) <br> ) <br> Defendant, ) <br> _____ ) | CASE NO. 2:24-CR-00091-ODW <br><br> [PROPOSED] ORDER |

Upon reviewing Defendant's Motion for leave to file Unredacted Sentencing Memorandum in Mitigation of Punishment including Exhibits 1-2 UNDER SEAL, it is hereby ORDERED that said Motion is GRANTED.

IT IS HEREBY ORDERED Defendant's Unredacted Sentencing Memorandum in Mitigation of Punishment including Exhibits 1-2 shall be filed and remain UNDER SEAL.

IT IS SO ORDERED.

_____              _____
DATE                                                      HONORABLE OTIS D. WRIGHT II
                                                                    UNITED STATES DISTRICT JUDGE

1