# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 2:24-CR-00702-ODW |
| v. | ) |
| ALEXANDER SMIRNOV, | ) **FILED UNDER SEAL** |
| Defendant, | ) |

**EXHIBIT 1**

1