# EXHIBIT 4

**Letter of Support for Alexander Smirnov**

Dear Honorable Judge Otis D. Wright II,

My name is Anet Smirnov, and I am the sister of Alexander Smirnov. I am writing this letter to provide insight into Alexander's character and express my unwavering support for him during this challenging time.

Alexander has always been a deeply patriotic and proud American. He loves his country and embodies the values of service and community. He consistently goes out of his way to assist those around him, whether they are family members, friends, or even strangers. His kindness and generosity have touched the lives of many.

As his sister, I have had the privilege of growing up with Alexander and seeing firsthand what an incredible person he is. He is a devoted and supportive brother, always there when I need him, whether for advice, encouragement, or simply a listening ear. Alexander is also a wonderful uncle—deeply loved and admired by his nieces and nephews. He has always gone out of his way to create joyful memories with them, and I know he is looking forward to meeting his newest niece, who was recently born.

Family is everything to Alexander. His love, care, and unwavering support for those around him are a testament to the kind of person he is: selfless, compassionate, and reliable.

While I cannot excuse his mistake, I want to emphasize that he has taken full responsibility for his actions. He deeply regrets what happened and has shown genuine remorse. He understands the impact of his decisions and is committed to learning and growing from this experience.

I respectfully ask the Court to consider Alexander's positive contributions to his family and community, as well as his sincere regret and acceptance of responsibility. I truly believe that he will take this as an opportunity to better himself and continue being the good-hearted and dependable person we all know him to be.

Thank you for taking the time to consider my perspective.

Sincerely,
Anet Smirnov