# EXHIBIT 5

December 19, 2024

Dear Honorable Judge Otis D. Wright

My name is Anna Stone and I and my husband David Stone have known Alexander Smirnov since 2015. We know him as a good friend, loyal and honest person who values his family and friends.

We had many holidays and vacations together and can say that we happened to know Alex well. We can describe him as a man who is considerate and genuine. He did everything for friends and family. Impeccable. We like everyone else we're shocked to learn his informant life. With that being said we are convinced that Alex is a person who is capable of recognizing his mistakes and take full responsibility for his actions.

Sincerely,


Anna Stone