# EXHIBIT 6

December 17, 2024

Dear Honorable Judge Otis D. Wright ll,

    I am writing to share a personal perspective on Alex, the partner and husband of my mother-in-law. From my experience, Alex is a deeply family-oriented person, consistently gentle and caring with his loved ones. His true happiness seems to lie in ensuring the well-being and security of those closest to him, a responsibility he fulfills selflessly, without seeking anything in return.

    Over time, I have observed the thoughtfulness in his actions, reflecting a genuine effort to always do what is right. It is for that reason that I believe his conduct in this case is aberrant.

    I, along with all of Alex's loved ones, humbly rely on your understanding and gracious consideration. We believe in his ability to acknowledge mistakes, and start anew with a clean slate. Alex has accepted responsibility and expressed remorse, and therefore we believe that he falls within that group of people.

    Thank you for your time and thoughtful judgment in this matter.

                      Sincerely,

                        Ekaterina Li