# EXHIBIT 7

December 17, 2024

The Honorable Judge Otis D. Wright II

Dear Judge Otis D. Wright II,

We are writing to you regarding the case of Alex Smirnov, and respectfully appeal for your leniency in the matter of his sentencing. We recognize the seriousness of the charges and the impact that Mr. Smirnov's actions may have had on the community, and we do not intend to minimize the gravity of the situation.

We have known Alex Smirnov for about 10 years. We eventually became good friends through the introduction of mutual friends. As a friend, Alex Smirnov has always displayed qualities of honesty, integrity, and responsibility. He always offered his help to his friends and family. As an example, when our mom, who still lives in Ukraine and due to her medical conditions was in needs of medication and food, he just simply said "Don't worry, I'll take care of that", and the very next day everything was delivered to her. It is an honor to vouch for his character, generosity and integrity in our time knowing him.

We would like to highlight Mr. Smirnov's genuine remorse for his actions. He has expressed deep regrets for what he has done. He has no prior criminal record. In addition, he is a dedicated family member and friend. His actions in this case are an aberration, and those who know him personally can attest to his inherent kindness, integrity, and generosity.

Given Mr. Smirnov's remorse, his commitment to accept responsibilities, and his previously law-abiding life, we believe that a shorter sentence would allow him to continue making amends while maintaining his ability to contribute to his family, friends and society.

We understand that the decision before you is not an easy one, but we trust that your judgment will take into account the full context of Mr. Smirnov's life. We kindly ask that you grant him the opportunity to demonstrate his commitment to change and make a meaningful contribution to society in the future.

Thank you for your time and consideration of this appeal. We are confident that a fair and just outcome will be reached, and we respectfully place our trust in your judgement.

Yours sincerely,


Angelika and Anatoly Baryshevs.