# EXHIBIT 8

December 20, 2024

Dear Honorable Judge Otis D. Wright II,

I am Linor Shefer, First Cousin of Alexander Smirnov on our mother's side.

I am writing to you with the hope of reflecting on my honest and objective opinion of Alex.

Growing up together in Israel we both spent a lot of time together. Alex was always a well-rounded and responsible individual, always stood for justice and took responsibility for his actions. Alex has good friends from childhood who love and worry about him. He is an extrovert even though it doesn't seem that way always. He is sociable and can always carry on a good conversation. He is very knowledgeable and spends his time self-educating constantly.

I understand he placed himself in a very difficult situation. As his only family in the US, I find great responsibility to deliver to you my concern and hope that with everything Alex did right for the good of the United States of America, you can take into account his good actions when deciding on his sentence.

Of course, there's nothing more I would like to see than Alex going back to his life as a loving partner to Diana, Son to Irina, Cousin to me, and friend to many.

I speak to your heart as representative of the family.  Please help us get Alex back to his life as soon as possible.  He is sincerely remorseful and accepts responsibility.

With respect,

Sincerely,

Linor Shefer