# EXHIBIT 9

December 17, 2024

Dear Honorable Judge Otis D. Wright II,

My name is Diana Lavrenyuk.

Alexander Smirnov is the man I have been blessed to share my life with for many years.

I have always known Alex to be a man of integrity, kindness and loyalty-someone who consistently demonstrates responsibility and care for those around him. He has built a life centered on family and gratitude for the opportunities he has been given.

I could never have imagined we would find ourselves in this situation. I know Alex to be a proud patriot of America, a country he loves deeply and grateful beyond words for the opportunities this land has given him.

Your Honor, I humbly and sincerely ask for your mercy, compassion and understanding.
I ask that you please forgive Alex. He has always been a man who takes responsibility for his actions and works tirelessly to make amends when necessary.  His remorse is sincere.

I beg you, Your Honor, please, grant us the chance to reunite as a family and continue building a life rooted in love, gratitude, and dedication to this country we hold so dear.

Please, Your Honor, show us your mercy, your compassion, and allow us a chance to move forward together.

With the utmost respect and hope for your kindness and understanding.

Sincerely,

Diana Lavrenyuk