# EXHIBIT 10

Dear Honorable Judge Otis D. Wright II,

My name is Alexei Odesskiy, and I am writing on behalf of my longtime friend, Alexander Smirnov. I have known Alex since 2008, having met him through family friends. During my time serving in the Marine Corps, I was stationed at Camp Pendleton, California, far from my home on the East Coast. Alex played a pivotal role in making my transition to the West Coast much easier.

From the very beginning, Alex treated me like family, creating a sense of belonging that I deeply appreciated during my service. He and his wonderful girlfriend welcomed me into their home with open arms, offering support, companionship, and a sense of stability. Their kindness and generosity left a lasting impression on me, and I will always be grateful for how they helped me during that time.

Even after my service, Alex has consistently stayed in touch, checking in on my well-being and proving himself to be a caring and dependable friend. He has always been someone I could count on, a person with a good heart who genuinely cares about others.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,
Alexei Odesskiy

 Scanned with CamScanner