

**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General       *Washington, D.C. 20530*

FEB 1 8 2020

The Honorable Jerrold Nadler
Chairman
Committee on the Judiciary
U.S. House of Representatives
Washington, DC  20515

Dear Mr. Chairman:

    This responds to your letter to the Attorney General dated February 10, 2020 regarding the process by which the Department of Justice (Department) receives information related to potential or ongoing matters involving Ukraine.

    As you know, the Department typically does not provide information relating to ongoing matters. However, the Department is aware of news reports and public comments from Members of Congress that have significantly distorted the public's understanding of the Department's handling of such cases. Accordingly, we are pleased to provide the following information to clarify the record.

    In light of several open matters being handled by different U.S. Attorney's Offices and Department components that in some way potentially relate to Ukraine—the existence of which have been publicly reported—Deputy Attorney General Rosen has assigned Richard Donoghue, the U.S. Attorney for the Eastern District of New York, to assist in coordinating such matters. The Deputy Attorney General implemented this policy to avoid duplication of efforts across Department Offices and components, to facilitate information sharing, to ensure there are no conflicts among potentially overlapping matters, and to efficiently marshal the resources of the Department. To protect the integrity of ongoing matters, particularly with respect to unsolicited information offered to the Department, the Deputy Attorney General has also assigned Scott Brady, the U.S. Attorney for the Western District of Pennsylvania, to assist in the receipt, processing, and preliminary analysis of new information provided by the public that may be relevant to matters relating to Ukraine.

    The Deputy Attorney General's efforts to coordinate matters potentially related to Ukraine, and to provide for the receipt of relevant information, does not circumvent the Department's established channels. The Department regularly assigns U.S. Attorneys to

coordinate or focus on certain matters. Nor do these procedures grant any individual unique access to the Department. Indeed, any member of the public who has relevant information may contact the Department and make use of its intake process for Ukraine-related matters. As the Attorney General has stated, the Department "has the obligation to have an open door to anybody who wishes to provide us information that they think is relevant."[1] Any individual who makes use of this process will be treated just like anyone else who brings information to the Department's attention. All information provided through this process will be treated just like any other information provided to the Department. Indeed, such information will be carefully evaluated and vetted by the Department before investigatory steps, if any, are taken. The Department remains vigilant against the significant threat of disinformation. As always, the Department will reject information it finds to be non-credible while continuing to discharge its duty to pursue all meritorious leads and investigations.

    Finally, your letter poses questions regarding a September 25, 2019 press statement by the Department. That statement remains accurate. As Attorney General Barr has repeatedly affirmed, he has not discussed matters relating to Ukraine with Rudolph Giuliani.

    We hope this information is helpful. Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

Stephen E. Boyd
Assistant Attorney General

Enclosure

cc:    The Honorable Doug Collins
       Ranking Member

---

[1] *See* Alexander Mallin, *AG Barr on DOJ Review of Giuliani Documents: Info From Ukraine Can't be Taken at 'Face Value'*, ABC News (Feb. 10, 2020), *available at* https://abcnews.go.com/Politics/ag-barr-doj-review-giuliani-documents-info-ukraine/story?id=68884719.

LAW ENFORCEMENT SENSITIVE//FOR OFFICIAL USE ONLY

JAN 17 2020

MEMORANDUM FOR ALL UNITED STATES ATTORNEYS
                             ALL DEPARTMENT COMPONENT HEADS
                             ALL LAW ENFORCEMENT AGENCY HEADS

FROM:              THE DEPUTY ATTORNEY GENERAL

SUBJECT:         COORDINATION OF INVESTIGATIONS

       As has been publicly reported, there currently are several distinct open investigations being handled by different U.S. Attorney's Offices and/or Department components that in some way potentially relate to Ukraine. In addition, new information potentially relating to Ukraine may be brought to the attention of the Department going forward. The Department has assigned Richard Donoghue, the U.S. Attorney in the Eastern District of New York (EDNY), who currently is handling certain Ukraine-related matters, to coordinate existing matters and to assess, investigate, and address any other matters relating to Ukraine, including the opening of any new investigations or the expansion of existing ones. Several of you already have heard from and spoken to U.S. Attorney Donoghue in connection with this role, and I appreciate the assistance you have provided to date.

       In light of the above, if you are currently working on a Ukraine-related investigation, and have not already done so, please contact U.S. Attorney Donoghue to notify him of your matter and to consult with him regarding issues that reasonably could relate to your current investigations. Any and all new matters relating to Ukraine shall be directed exclusively to EDNY for investigation and appropriate handling. Unless otherwise directed, existing matters covered by this memorandum shall remain in the Offices and components where they currently are being handled, subject to ongoing consultation with EDNY. Any widening or expansion of existing matters shall require prior consultation with and approval by my office and EDNY.

       We are implementing this policy to avoid duplication of efforts across Offices and components, to obviate the need for deconfliction at a later stage of potentially overlapping investigations, and to efficiently marshal the resources of the Department to address the appropriate handling of potentially relevant new information. As always, the Department will continue to pursue all credible, meritorious leads and investigations. Thank you for working closely with my office and EDNY to ensure that these matters are handled responsibly and appropriately.