# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(\_\_ Amended _____)

| | | |
|---|---|---|
| Case No. | CR 24-00091-ODW/ CR 24-00702-ODW | Date: January 8, 2025 |

Present: The Honorable  OTIS D. WRIGHT, II

| Sheila English | Court Smart | Leo J. Wise/ Derek E. Hines |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Alexander Smirnov | X | ☐ | David Chesnoff/ Chad Nardiello/ Richard A Schonfeld | X | ☐ | ☐ | |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT HEARING**    ☐ Contested    ☐ Non-Evidentiary

Day \_\_\_ (if continued from a prior hearing date)

\_\_\_ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    **X** Refer to separate Judgment Order.

\_\_\_ Imprisonment for  Years/months  on each of counts \_\_\_\_\_

Count(s) \_\_\_\_\_ concurrent/consecutive to count(s) \_\_\_\_\_

\_\_\_ Fine of $\_\_\_\_\_ is imposed on each of count(s) concurrent/consecutive.

\_\_\_ Execution/Imposition of sentence as to imprisonment only suspended on count(s) \_\_\_\_\_

\_\_\_ Confined in jail-type institution for \_\_\_\_\_ to be served on consecutive days/weekends commencing \_\_\_\_\_

\_\_\_ years/months Supervised Release/Probation imposed on count(s) \_\_\_\_\_ consecutive/concurrent to count(s) \_\_\_\_\_ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

  \_\_\_ Perform \_\_\_\_\_ hours of community service.
  \_\_\_ Serve \_\_\_\_\_ in a CCC/CTC.
  \_\_\_ Pay $\_\_\_\_\_ fine amounts & times determined by P/O.
  \_\_\_ Make $\_\_\_\_\_ restitution in amounts & times determined by P/O.
  \_\_\_ Participate in a program for treatment of narcotic/alcohol addiction.
  \_\_\_ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  \_\_\_ Other conditions: \_\_\_\_\_

\_\_\_ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

\_\_\_ Pay $\_\_\_\_\_ per count, special assessment to the United States for a total of $\_\_\_\_\_

\_\_\_ Imprisonment for  months/years  and for a study pursuant to 18 USC \_\_\_\_\_ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on \_\_\_\_\_

**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

**X** Defendant informed of right to appeal.

\_\_\_ ORDER sentencing transcript for Sentencing Commission.    \_\_\_ Processed statement of reasons.

\_\_\_ Bond exonerated \_\_\_\_\_ upon surrender \_\_\_ upon service of \_\_\_\_\_

\_\_\_ Execution of sentence is stayed until 12 noon, \_\_\_\_\_ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

\_\_\_ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

\_\_\_ Issued Remand/Release # \_\_\_\_\_

\_\_\_ Present bond to continue as bond on appeal.    Appeal bond set at $\_\_\_\_\_

**X** Other  The parties addressed the Court.

                                                                                                  1 : 42

Initials of Deputy Clerk  SE

cc: