UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 2:24-CR-00091-ODW & |
| v. ) | No. 2:24-CR-00702-ODW |
| ) | |
| ALEXANDER SMIRNOV, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

This Court has reviewed the parties' Joint Stipulation for Release Pending Appeal Under 18 U.S.C. § 3143(b)(1), filed April 10, 2025.

This Court finds that, as stated in the Joint Stipulation: 1) that this Court previously sentenced Defendant principally to a term of 72 months' imprisonment; 2) that Defendant's appeal is currently pending in the U.S. Court of Appeals for the Ninth Circuit; 3) that Defendant has been in continuous custody from February 2024 until the present; and 4) that Defendant seeks treatment from his doctor in California for his eye condition.

Now, based on the foregoing and the parties' agreement as to the remedy prescribed herein, it is hereby:

ORDERED that parties' Joint Stipulation is GRANTED, as set forth below:

1. Defendant is forthwith ordered RELEASED from custody;

2. Clear and convincing evidence for Defendant's non-violent offenses of conviction shows that Defendant is not likely to flee or pose a danger to the safety of any other person or the

1  community if released under section 3142(b) or (c) of this title. *See* 18 U.S.C. § 3143(b)(1)(A);

2  Fed. R. App. 9(b) (incorporating standard in 18 U.S.C. § 3143).

3        3.     As conditions of release, Defendant's travel shall be restricted to the State of Nevada, *except that* he shall, be permitted to travel to San Francisco, California, so his personal physician, Dr. George Tanaka may treat his ongoing eye conditions.

DATED April ____, 2025            /s/ OTIS D. WRIGHT, II
                                                  UNITED STATES DISTRICT JUDGE