| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 10 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>ALEXANDER SMIRNOV,<br><br>　　　　Defendant - Appellant. | No. 25-400<br>D.C. No.<br>2:24-cr-00091-ODW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>ALEXANDER SMIRNOV,<br><br>　　　　Defendant - Appellant. | No. 25-408<br>D.C. No.<br>2:24-cr-00702-ODW-1<br>Central District of California,<br>Los Angeles |

Before: OWENS and DESAI, Circuit Judges.

　　　The joint motion (Docket Entry No. 6 in Appeal No. 25-400) for release pending appeal is denied. Appellant may file a new motion for release with this court if needed after presenting the motion to the district court. *See* Fed. R. App. P. 9(b); 9th Cir. R. 9-1.2(a) ("A request for release pending appeal must first be brought in the district court.").

　　　The existing briefing schedule remains in effect.