## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 24-00091-ODW// CR 24-00702-ODW | Date | April 28, 2025 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Court Smart | David Ransom Friedman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Alexander Smirnov | waived | X | | David Z Chesnoff/ Richard A Schonfeld/ Naser J. Khoury/ Chad Nardiello | X | | X |

**Proceedings:** **BAIL HEARING**

Case called, appearances made.  Also present was Fernando Basulto, PSA.  The Court hears oral argument from the parties.  The matter is submitted.


IT IS SO ORDERED.

|  | : | 42 |
|---|---|---|
| Initials of Deputy Clerk | | se |